UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
KARRON                                              Docket Number: 12 CV 118 (RPP)

            -against-                    NOTICE OF ASSIGNMENT

USA
-------------------------------------------------------

The above-entitled action is:

---

[   ] Declined by Hon.
      As  [   ]Related/ [   ] Similar to case #:

---

[   ] Assigned to the Hon.
    [   ] Designated / [   ] Redesignated Hon.                       ,Magistrate Judge

---

[ X  ] Accepted by Hon. ROBERT P. PATTERSON (RPP)        as [   ] Related/ [ X  ] Similar
                      to case #:07 CR 541
    [ X  ] Designated  [   ] Redesignated Hon.  FRANK MAAS (FM),
    Magistrate Judge

---

All further documents submitted in this action must bear the Judge's initials after the docket
number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice
of Assignment on all defendants.

                                  Ruby J. Krajick
                                  Clerk of Court

Dated: 01/12/2012                              By:     PHYLLIS ADAMIK
                                      Deputy Clerk