UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARRON
_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

USA

_____
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

12 Civ. 0118 (RPP) ( )

REQUEST TO PROCEED
IN FORMA PAUPERIS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/1/12

I, DB KARRON _____, (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed in forma pauperis and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

   Better Schooling Systems                                       1,000.00/Month

   Prof. Jay Powell, Director. P.O. Box 12833 Pittsburgh, PA 15241  412 600 8015

2. If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   _____

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   New York State Unemployment Insurance 600/month (150/week)

   a) Are you receiving any public benefits?        ☒ No.      ☐ Yes, $_____.

   b) Do you receive any income from any other source?  ☒ No.  ☐ Yes, $_____.

Rev. 05/2010                                    1

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☒ No.      ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No.      ☐ Yes,  $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☒ No.      ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

   n/a

8. State any special financial circumstances which the Court should consider.

   No Asset Bankruptcy Granted Jan 25, 2012 see 8:11-bk-73479 . Discharge Documents Attached as

   Exhibit 1.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this **First** day of **February**, **2012**.
          *date*           *month*         *year*

/s/ _____
                Signature

Form BLdfnld7 (12/01/2007)

# United States Bankruptcy Court

EXHIBIT 4

Eastern District of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722-9013

---

IN RE:

Daniel B Karron
   aka Dianne Karron
   aka D B Karron
   aka Dan Karron
348 East Fulton Street
Long Beach, NY 11561

   Name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address.

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:

   xxx-xx-5466

        DEBTOR(s)

CASE NO: 8-11-73479-reg

CHAPTER: 7

---

## DISCHARGE OF DEBTOR(S)
## ORDER OF FINAL DECREE

A petition under title 11, United States Code was filed by or against the Debtor(s) on May 16, 2011; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the debtor(s) is entitled to a discharge and the estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED:**

- The debtor(s) is granted a discharge under Section 727 of Title 11, United States Code, (the Bankruptcy Code).

- Neil H Ackerman (Trustee) is discharged as trustee of the estate of the above-named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above-named debtor(s) is closed.

                      BY THE COURT

Dated: January 25, 2012                s/ Robert E. Grossman
                                          United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**