


D. B. Karron, Ph. D.
348 East Fulton Street
Long Beach, New York 11561
E-Mail to drdbkarron@gmail.com
Facsimile +1 (516) 308 - 1982
Voice +1 (516) 515 - 1474

Wednesday, April 18, 2012, at 17:52:56 Hours

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 4/19/12

Hon. Robert P. Patterson
United States District Judge
Courtroom: 24A
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

By Fax to Chambers at +1 212 8057917

RE: Karron, v USA    1:12-cv-00118-RP

Dear Judge Patterson;

Please accept this letter as our request for a second and final brief two week extension of time (14 days) to respond to the Governments combined Reply for the return of property seized in the criminal case.

Due to a scheduling conflict, our Second Circuit Appeal appendix and reply brief is still not confirmed and accepted and requires additional editing work to satisfy both the court and the government objections. This has split my and my limited consulting resources attention to the Second Circuit Court and would result in a rushed and unsatisfactory submission to this court tomorrow.

Respectfully Submitted,

[signature]

D. B. Karron, Ph.D.
*pro se*
Cc: C. Everdell and S. Kwok by e-mail of fax to chambers

[illegible] Plaintiff's Reply brief will be filed by May 2, 2012
So ordered
Robert P. Patterson Jr. USDJ
4/18/12

***See attached typewritten Memo Endorsement***

**Case:** **Daniel B. Karron v. United States of America**
**Index No.:** **12 Civ 0118 (RPP)**

**MEMO ENDORSEMENT READS:**

**Application granted.**

**Plaintiffs Reply brief will be filed by May 2, 2012.**

**So Ordered.**

***Robert P. Patterson, Jr., U.S.D.J., 4/19/12***