```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

DANIEL B. KARRON,                         :

                Plaintiff,                :    NOTICE OF APPEARANCE

                -v.-                      :    12 Civ. 118 (RPP)

UNITED STATES OF AMERICA,                 :

                Defendant.                :
- - - - - - - - - - - - - - - - - - - - - x
```

### NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY CHI T. STEVE KWOK ON BEHALF OF THE UNITED STATES

The Government respectfully submits this notice that the undersigned will be one of the Assistant United States Attorneys representing the Government in the above-referenced matter.

Dated:   New York, New York
         July 12, 2012

                                Respectfully submitted,

                                PREET BHARARA
                                United States Attorney

                         By:    /s/ Chi T. Steve Kwok
                                Chi T. Steve Kwok
                                Assistant United States Attorney
                                T: (212) 637-2415
                                F: (212) 637-0083

<u>CERTIFICATE OF SERVICE</u>

  Chi T. Steve Kwok deposes and says:

  That he is employed in the Office of the United States Attorney for the Southern District of New York; and

  That on July 12, 2012, he caused to be served a copy of the foregoing Notice of Appearance of Assistant United States Attorney Chi T. Steve Kwok on Behalf of the United States by ECF and Federal Express on:

    Daniel B. Karron, pro se
    348 Fulton Street
    Long Beach, NY 11561

  I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. Section 1746.

            <u>/s/ Chi T. Steve Kwok</u>
            Chi T. Steve Kwok


Executed on:
July 12, 2012
New York, New York