USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/24/12

PRO SE OFFICE

D. B. Karron, Ph. D.
348 East Fulton Street
Long Beach, New York 11561
E-Mail to drdbkarron@gmail.com
Facsimile +1 (516) 308 - 1982
Voice +1 (516) 515 - 1474

Tuesday, July 24, 2012 at 09:54:44 Hours

*12-118*
*Motion to Reconsider*

Hon. Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse Courtroom: 24A
500 Pearl St.
New York, NY 10007-1312

RE:     Karron, v United States of America, 12-cv-00118-RPP,
RECONSIDERATION OF DENIAL OF EXTENSION TO ANSWER
OPINION AND ORDER #101897 of 6/6/2012, modified 6/11/2012

Dear Judge Patterson;

This letter covers our Brief for a Motion for Reconsideration. We are respectfully submitting a Brief in Support of our Motion for Reconsideration in order to move this court to reconsider its denial of our request for 60 additional days to prepare, with a new CPA, an accounting of the losses sustained by over seizure of the OIG in its raid of June 26, 2007. This needs to be done for tax purposes as well as for this Court. We are working as hard as we can with no resources, no air conditioning, and no time.

We cannot rush the new CPA and I cannot rush restoration of volumes old records and render it comprehensible to the court and our new CPA. We have valid claims supported by hard evidence in the form of checks and other evidence that should not be summarily dismissed. We require additional time and patience from the court in the interests of justice. I am not hallucinating, smoking funny cigarettes, or suffering from cognitive or psychiatric *pro se* defendants delusions. This buttresses our overall contention that Governments Exhibits in evidence are unreliable "Junk Auditing" as first observed by this Court at sentencing.

Point One :     **The project paid for ONLY 1 of the 3 SGI computers seized**

The GX120[1] seizure lists **3** SGI computer 'servers' seized[2]; A NIST project computer

---

[1] Exhibit 5,

[2] Specifically in GX120 ("List of Items Seized") at

    (1) at page 1 on line 2,

    (2) at page 2 on line 58 and again

    (3) at page 2 on line 51.

Inventory shows 5 SGI computers[3] at CASI during February, 2003. The GX120 seizure warrant contains 8 SGI Invoices, with only 3 large invoices for significant amounts; amounts greater than $30K for server class computers.[4] However, **2 of these invoices are for the same serial number**; invoice #3010300 is a corrected reissue of invoice # 3010036410 for an additional $2,534.92; both invoices are for the same computer, serial number WT5-1P400V12-536, an Octane II. There are only partial payments for this 1 invoice totaling $30,000 even, and it was in the second year only.[5] Karron continued to build out the computers after the project suspension and constructed two RAID's that were part of that system not paid by the grant.[6] The Only SGI computer funded by Government funding was CASI04 in the CASI apartment/office location "A". This was Prof. Jim Cox'es research workstation. The other two Computers, 4 monitors and 2 RAID in location "E" (Karron's bedroom office), Casi07 and Casi11, were NOT FUNDED BY THE PROJECT. CASI/Karron is entitled to credit for these computers, and associated monitors, RAIDs, equipment.[7] The valuation is discussed below.

Point Two :     **GX112 Casi Bank Account Source of Funds Year 1 is Junk**

GX112 does not give any numbers. It does not give any source tables or schedules that its author used to create the graph. It is junk because it does not include any of the contributions checks from Karron, given in Exhibit 2 at 76-138.

The $75,000 Payroll Advance ("The 75K Advance"), made to Karron from the first (and only) $150,000 working capital advance[8] was recognized by the Court and OIG as *bona fide* tax paid salary .[9] [10] [11] [12]   These personal funds the source of funds for program contributions and contributed purchases. The ATP budget calls out not only for the application of government funds. The original budget form[13] and Amendment #3[14] calls out a "Recipient Share of Cost".

---

[3] Exhibit 2 ("CASI Equipment Inventory Detail") at section "SGI Inventory", showing Casi04, Casi05, Casi06, Casi07, and Casi11.
[4] Exhibit 5, "Seizure
[5] Exhibit 3 at 43-68, Program Burgundy Checks 10499, 10625, 10660, 10787, 10817, 10837, 10888 in Appendix
[6] Exhibit 5 GX120 ("List of items seized") at page 2 on line 59, 60. Part of Casi07.
[7] Exhibit 5 Location "E" SGI List items are Lines [64,65,66,67,70,72,73]
[8] Exhibit 8.1 at 105: 15 C.F.R. § 14.2(rr) defines **"Working capital advance"** as a procedure where by funds are advanced to the recipient to cover its estimated disbursement needs for a given initial period.
[9] Sentencing Tr. at 61 Line 19 ("THE COURT: He got it [Salary] in the form of loans.")
[10] Sentencing Tr. at 61 Line 23 ("THE COURT: He got it [Salary] in the form of loans. It's very simple")
[11] Sentencing Tr. at 10 Line 23 ("THE COURT: There are documents appended to the defendant's papers which indicate that the withholding was taken timely.")
[12] The OIG could not have said it better *viz*:
       [...] loan account balances have been offset with legitimate loan reducing payments such as the salary not paid to the ChiefTechnical Officer and retained by Computer Aided Surgery to reduce the amount owed to NIST (GX-Final Audit Report August 2004, at 10 ¶ 6
[13] GX10, the original Cooperative Agreement (NIST-1252) contains an "ESTIMATED MULTI-YEAR BUDGET - SINGLE COMPANY". This Budget was later revised in an "AMENDMENT TO FINANCIAL ASSISTANCE AWARD" Amendment 4, July 16, 2002.
[14] GX23 Amendment #3

2

This is further broken down in the "Estimated Multi-Year Budget" into three categories of cost, specifically Part 1, "OBJECT CLASS CATEGORY" Lines I, Total Direct Costs Requested from ATP; J, Total Direct Costs Shared by Proposer; K, Total Indirect Costs Absorbed by Proposer. These are re-iterated the form at Part 2.; "SOURCES OF FUNDS"; A. ATP (Same as Line I); B. PI (Karron Co-Funding); C. PI Indirect Costs absorbed Karron Salary was $253,913[15] Dunlevy shows Karron's tax paid salary for the entire project period of $334,004.12[16] The total cost of the project was $1,524,264, of which the Federal Share was $1,345,500 and the CASI contribution was $178,764.[17] This contribution came directly from Karron's after tax Salary. Karron's contribution is not 'double dipping'[18] because it is *bona fide*[19] after tax paid funds. As government grant specialist Snowden testified at trial, you could do "whatever you want with it" [the after tax salary funds] [20].

### Point Three :     **GX113 Casi Bank Account Source of Funds Year 2 is Junk**

GX113 is junk because it does not give any numbers or any way to trace the graph back to any tables or schedules. The impression it gives is that Karron did not make any contribution to the program; that impression is wrong. Year two contributions were made from after tax payroll, as in year 1, without the need for an advance against payroll. Exhibit 9 at 111 in the appendix gives a list of contribution checks in the second year.

### Point Four :     **GX114 The Rent was re-classified as Karron Payroll**

There are only 53 checks paid to Karron in the first project year from CASI. The GX110 at appendix 141-143 schedule groups 15 checks totaling $129,850 as "loan", 7 checks from Karron for $37,000 as loan repayments, 8 checks to Karron for $35,293.58 as 'net payroll', and 30 checks marked as "rent net" for $60K. GX110 gives the first year period sum of checks to and from Karron as $188,143. GX114 at appendix 147 calls out the first year Karron salary as $200,488 and $19,183 as fringes for a gross salary $219,671. The rent and 14% fringes on the checks marked "rent" must be included as salary in order to sum up to the denominated salary in GX114 The loan checks were considered as *bona fide* salary advanced from the grant working capital advance. The checks to Karron with memo annotations of rent in GX110 schedule were **similarly** corrected and correctly re-classified into *bona fide* salary at some point in the GX114 analysis. Subsequently, and without the GX114 author realizing that the rent was previously reclassified, put in a separate line item for Rent. *Q.E.D.* [Full Citations in Brief]

---

[15] U.S.A. v. Karron, 08-cv-10223 Docket 30, Decl. of Karron Exhibits Part 2, Ex. Group 22, DBK Personal Taxes at 26, Ex. 108 at 28, Ex. 109 at 34, Ex. 110 at 40

[16] Decl. of Dunlevy. CAC292, mid-page. Omitted due to size; online at eclaration of Deborah A. Dunleavy in Opposition toPlaintiff's Motion for Summary Judgment,filed August 23, 2010, with selected exhibits A-434 http://www.scribd.com/doc/95679546/11-1924-Appendix-2-for-USA

[17] *ibid.*

[18] Trial Tr. at 1066 Line 22 *et seq* (Benedict Cross).

[19] U.S. v. Mills, 140 F.3d 630 (6th Cir., 1998)

[20] Trial Tr. at 381 Line 15

3

## VALUATION OF SGI INVENTORY SEIZED

The balance of the SGI account at the time the grant was suspended on June 27, 2003, was $45,726.15. CASI11 and CASI07 are the same class of superworkstation ("server") computer machines, therefore the valuation of the two machines are the same, namely an additional $45,000 for a total over seizure of in the neighborhood of $90,000  The RAID attached to Casi07 was built and paid for after the suspension and was the bulk of the post project capital equipment costs lost to the seizure. Schedules with credit card statements are being prepared. The estimated cost in parts alone is at least $15,000. This is partly why additional time is required with the new CPA support.

## CONCLUSION

The government has seized well in excess of the criminal restitution, **by any measure**. One of the measures are by their own statements to Congress. If these statements are true, i.e., the Government recovered items of value from its seizure action, then the government has already been made whole.

Respectfully Submitted,



D. B. Karron
*pro se*
Cc: Kwok, Everdell

Enc: Brief, Declaration of Service, Appendix

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL B. KARRON

    Plaintiff,

-V.-

UNITED STATES OF AMERICA

    Defendant.

*12 -civ-118*

11-civ-1874 (RPP)
07-cr - 541 (RPP)

Brief in Support of
Motion for
Reconsideration

BACKGROUND

In this courts Opinion and Order of June 6, 2012, modified on June 11, 2012, this court ordered
the

> "Nonetheless, as Plaintiff is proceeding *pro se*, the Court will not deny Plaintiffs motion
> for failure of proof, but will allow Plaintiff thirty (30) days from the date of this order to
> identify to the Court the specific items of property that she claims should be returned to
> her. In making such identification, Plaintiff should also provide the Court with factual
> support, in the form of documents, bank records, or credit card statements, which
> demonstrate that those specific items were not purchased with the funds provided by
> NIST.."[1]

On July 12, The Plaintiff, citing the volume of evidentiary material requested, and making
reference to a proposed schemata (*below*) for organizing this material, requested an additional 60
days to comply with this court's order. This request was opposed by the Defendant on various
grounds and on the same day, the Court vehemently denied the Plaintiff's request.

DENIAL OF EXTENSION SHOULD BE REVERSED and GRANTED ON THE MERIT OF
THESE SAMPLES.

This brief provides evidentiary support for the court to reconsider its denial of Karron's request
for an extension of time in which to comply with the Courts order. Appended are but a small
sample of supporting documentation, requested by the court, required to support each claim for
credit. This Court, perhaps did not realize the volume of its backup request, and the burden on

---

[1] 06/07/2012    Docket # 17    OPINION AND ORDER #101897

the Plaintiff and her ageing computer system in this summer heat. The Plaintiff is rising to the challenge, albeit perhaps slowly and somewhat late. The Plaintiff present 3 of the many very clear cases deserving of credit.

More importantly, the government proffers four exhibits in opposition to the Plaintiff's claim. Three of these exhibits are demonstrated as unreliable evidence, *i.e.,* 'Junk Auditing'[2] [3] unreliable by internal contradiction, lack of any backup to supporting schedules, or supporting schedules that have 'discrepancies'. 1) We specify the first discrepancy as counting the 'rent' twice. 2) We specify the second discrepancy the fact the remaining line items in GX114 Focus are unsupported and unsupportable from any backup; some, if not many, of the non personnel cost line items appear to be made up. The sum of the differences must, as a matter of math and logic, sum to zero relative to the budget. It does not; the sum of the discrepancies is $1,322.00. This is because the purported actual CASI spending is that much larger than the budget; where did this money come from? It must have some from Karron and yet no credit is given for even this small admitted contribution. This is logic error, algebraic error, arithmetic error; not round off or errors in approximation or precision.[4] These are not inconsequential errors; these are errors of consequence. GX 112, GX113, GX114 are innumerate malicious 'Junk Auditing', in the spirit of Daubert[5] Junk Science.

## THE TIP OF THE ICEBERG

There are more credits due, and a complete presentation to the court requires another 60 days, and another 30 for rebuttal. A friendly CPA has offered his support and is reviewing the large body of documentation in this case. Pro Bono support can't and won't be rushed. The government, by this Courts order, should have its 30 days or more to respond.

The government grossly over seized ever thing the Petitioner owned in its raid of June 26, 2007. Before and after pictures make this clear. The Court ordered a high burden of proof of ownership for any claims for offset against the Courts restitution. The government alleges that the Plaintiff has no valid claims of ownership to anything seized. This brief dispels that canard.

---

[2] Not accounting for junk salvage value, but audit figures with the value of junk; as in junk science and junk expert witness testimony.

[3] Richard M. Cagen, Dealing with the Problem of Unreliable Evidence Admitted Under a Literal Interpretation of Federal Rule of Evidence 803-18, 14 Val. U. L. Rev. 329 (1980). Available at:
http://scholar.valpo.edu/vulr/vol14/iss2/4

[4] RULE 702. TESTIMONY BY EXPERT WITNESSES http://www.law.cornell.edu/rules/fre/rule_702

[5] http://www.law.cornell.edu/wex/Daubert_standard

2

TECHNIQUES OF PROOF

a) Proof showing that the property seized was not paid for by government funds

b) Proof that the property seized was purchased after suspension of the grant

c) Proof that the property seized was purchased well before the start of the grant;

d) Finally, because the Court raised of the issue of fungability of rent funds, we make the argument that the Rent was reclassified into Payroll in GX114, and as such is not fungible stolen funds, corruptly used to pay for pre-grant costs and equipment.

## TWO OF THE THREE SGI COMPUTERS BELONG TO CASI/KARRON

The SGI CASI Account showing three major invoices for computers. There are program payments for at most only one of these machines, after it was re-invoiced; it is the same machine because the invoices reference the same serial number.

Only 2 SGI distinct computers can be identified from the GX120 invoice list, yet 3 were seized in the GX120 seizure list. One (CASI 11) was prior property of CASI. It is not listed in the invoices. Only enough payments were made with NIST funds to purchase one computer, CASI07 ("Jim Coxes computer"); the balance was taken over by Karron after the grant suspension; therefore the machines belong to CASI/Karron.

Karron Co-Funding was not 0; The Source of Funds Graphs are incorrect.

The government argues by presenting GX112 ("CASI Bank Accounts Source of Funds for Year 1" and GX113 ("CASI Bank Accounts Source of Funds Year 2") that the source of funds was only miscellaneous deposits too small to see; no supporting tables of numbers are given, no pointers to other backup exhibits is given. This is Junk Auditing; it is contradicted by the schedules of funds given in Exhibit 2 (at 77) and 9 (at 115) and for Year 1 and Year 2.

GX112 Year 1 Source of funds is wrong; it was at the very least $27,165.68; the amount of program capital equipment paid for by Karron out of pocket in Year 1 . First year co-funding is complicated by the Karron Payroll Advance and Repayment. Karron's salary, advanced in both 75,000 salary advance and in rent reclassified as salary, was not directly turned back to pay project costs; it was used to pay for project costs by paying Karron's credit cards which contained program costs. The contribution can be calculated from the program costs on the credit cards as shown above. Only equipment costs are listed here, but the entire contribution is not just fixed capital costs but expenses that were absorbed by Karron instead of being paid and reimbursed. This question requires an accountant to nail down.

GX113 Year 2 Source of Funds was $63,500.00, including $45,000 from a mortgage line of credit on the Karron apartment, to cover unpaid bills INCLUDING THE SGI BALANCE, Exhibit 6 from the abrupt suspension or $18,500 paid before suspension. In any case, it is not zero.

3

Rent and GX110 and GX114

There are only [6] 53 checks paid to Karron in the first project year from CASI. The GX110 schedule groups 15 checks totaling $129,850 as "loan" [7], 7 checks from Karron for $37,000 as loan repayments, 8 checks to Karron for $35,293.58 as 'net payroll', and 30 checks marked as "rent net" for $60K. GX110 gives the first year period sum of checks to and from Karron as $188,143. GX114 calls out the first year Karron salary as $200,488 and $19,183 as fringes for a gross salary $219,671. The rent and 14% fringes[8] [9] [10] on the checks marked **"rent" must be included as payroll in order to sum up to the denominated salary in GX114**[11]. The loan checks were considered as *bona fide* salary advanced from the grant working capital advance.[12] The checks to Karron with memo annotations of rent in GX110 schedule were similarly corrected and correctly re-classified into *bona fide* salary in the GX114 analysis. *Q.E.D.*

---

[6] GX110 Page 1 Excerpt in Appendix

[7] GX110 Page 2 Excerpt in Appendix

[8] Trial Transcript at 379 line 14 *et seq* ("Q. All right. Now, is there anything that ATP requires of a company that receives an ATP grant if they're going to spend ATP funds on fringe benefits? 17 A. The requirement is if it's over 35 percent, you have to itemize. Under, you don't have to give us detail.")

[9] Sentencing Transcript at 4, Paragraphs 1 and 2 ("So I have difficulties. For instance, looking at Exhibit 20 and 22 and the fringe benefits being allowed at 34 percent of salary, as I see it in the documents. I have difficulty also with the tabulation contained in Government Exhibit 114 and 115 because they are just rough calculations, as I see it. I don't know who compiled them, but I gather it was Ms. Riley, but we never went into the detail about, for instance, the statement in the tabulation that Dr. Karran's salary budgeted at 175, various cash. He spent 200,486, according to that tabulation. Those amounts, as I saw them, err were salary, They involved loans made which someone, I don't know whom, I presume Ms. Riley, determined the equivalent of salary.

As I alluded to earlier, the fringe benefits figure in this tabulation -- I'm looking at 114 says that Dr. Karron didn't spend $40,337 in fringe benefits, and yet in the same tabulation it says that the fringe benefits were not allowed and spent $4,081. That whole scenario of fringe benefits is somewhat illusive to me.")

[10] Sentencing Transcript at 15 line 13 to 15 ("THE COURT: And anything and everything could be 15 expended in the way of fringe benefits to himself and members 16 of the family and for the employees. The government may come 17 back with, oh, it wasn't in the plan, so, therefore, ,it 18 shouldn't be allowed, but there is no warning to the person 19 there. I can't see the criminal intent there.

MR. KWOK: The defendant was certainly told repeatedly --

THE COURT: The government may have lost the money, but I can't see any criminal intent.")

[11] Sentencing Transcript at 7 ("[…]salary advance.

THE COURT: That one she treated as a loan.

MR. KWOK: These are expressed in a spreadsheet 'as loans, but they are all money going to the defendant.

THE COURT: I understand. It's just not salary,

MR. KWOK: You can give it whatever label you like,but the bottom line is, the defendant took from the company this much money which added to 188.

THE COURT: I don't doubt that's what your calculations are.

MR. KWOK: If I can just correct a misimpression, Government Exhibit 114 is not a rough calculation. It's not a guess. It's based entirely on Government Exhibit 110 which, in turn, is based entirely on the bank records that she reviewed.

THE COURT: They are certainly not in those records, a showing of $200,488 in salary.

MR. KWOK: If I can explain how she got that number.

THE COURT: It's denominated salary. It's a table saying salary. I don't care how she got the number.")

[12] *ibid.* See also GX62, Draft and Final Audit Reports, at 10, bottom of page. ("loan account balances have been offset with legitimate loan reducing payments such as the salary not paid to the ChiefTechnical Officer and retained by Computer Aided Surgery to reduce the amount owed to NIST")

4

OTHER PROPERTY IDENTIFIED IN SEIZURE LIST PURCHASED AFTER PROJECT

The Governments GX120 "List" makes opaque references to computers, tools and parts that need to be matched to invoices, checks, credit card statements and other receipts. These documents use completely nomenclature; i.e., black case, hatch, server, from the invoices. Since Karron built computers from components, component costs must be matched back to computers back to list items. The GX120 List also appears to understate the volume of expensive CASI equipment seized, and overstates minor items such as "multicases" and "shoe racks". If Karron is to have any hope of filing taxes for this period, these issues need to be determined. A NIST ordered inventory of CASI Computers has also been recovered, from Feb 2003, showing even more computers than listed in the GX120 "List". A contemporaneous memo mapping each computer into each project task has also been recovered. The relationship and mapping of line items into seized items is under way.

CONCLUSION

Karron should be entitled to make an accounting of CASI/Karron's equipment over seized by the Government in its raid of June 26, 2007. Karron has shown here to the high standard of proof required by this Court entitlement to offsetting credit against restitution in the amount of the non-program provided equipment seized by the Government in an amount to be determined by this Court.

**Certificate of Service**

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL B. KARRON

    Plaintiff,

-V.-

UNITED STATES OF AMERICA

    Defendant.

11-civ-1874 (RPP)
07-cr - 541 (RPP)

Declaration of Service

I, D. B. Karron, declare under penalty of perjury that I have served a copy of the

1) Covering Letter for this Motion
2) Motion for Reconsideration and
3) Brief and Appendix in Support of Motion for Reconsideration

upon

Mr. Steven Kwok and
Mr. Christian R. Everdell, by Priority Mail to:
Assistant United States Attorney
Southern District of New York
One St. Andrews Plaza,
New York, New York, 10007
and by e-mail to
"Kwok, Steve (USANYS)" <Steve.Kwok@usdoj.gov>,
"Everdell, Christian (USANYS)" <christian.everdell@usdoj.gov>,

Dated: Long Beach, New York
    23 July 2012

D. B. Karron
Petitioner, *pro se*
348 East Fulton Street,
Long Beach, New York 11561
E-Mail to drdbkarron@gmail.com
Facsimile +1 (516) 308 - 1982
Voice +1 (516) 515 - 1474

6

**Appendix**

# APPENDIX

# 1. Contents

Pages off because of pdf insertions.

## Contents

BACKGROUND ....................................................................................................... 1

In this courts Opinion and Order of June 6, 2012, modified on June 11, 2012, this court ordered the ......................................................................................................... 1

"Nonetheless, as Plaintiff is proceeding *pro se*, the Court will not deny Plaintiffs motion for failure of proof, but will allow Plaintiff thirty (30) days from the date of this order to identify to the Court the specific items of property that she claims should be returned to her. In making such identification, Plaintiff should also provide the Court with factual support, in the form of documents, bank records, or credit card statements, which demonstrate that those specific items were not purchased with the funds provided by NIST..".......................................................... 1

DENIAL OF EXTENSION SHOULD BE REVERSED and GRANTED ON THE MERIT OF THESE SAMPLES............................................................................... 1

This brief provides evidentiary support for the court to reconsider its denial of Karron's request for an extension of time in which to comply with the Courts order. Appended are but a small sample of supporting documentation, requested by the court, required to support each claim for credit. This Court, perhaps did not realize the volume of its backup request, and the burden on the Plaintiff and her ageing computer system in this summer heat. The Plaintiff is rising to the challenge, albeit perhaps slowly and somewhat late. The Plaintiff present 3 of the many very clear cases deserving of credit. .......................................................................................... 1

More importantly, the government proffers four exhibits in opposition to the Plaintiff's claim. Three of these exhibits are demonstrated as unreliable evidence, *i.e.,* 'Junk Auditing' unreliable by internal contradiction, lack of any backup to supporting schedules, or supporting schedules that have 'discrepancies'. 1) We specify the first discrepancy as counting the 'rent' twice. 2) We specify the second discrepancy the fact the remaining line items in GX114 Focus are unsupported and unsupportable from any backup; some, if not many, of the non personnel cost line items appear to be made up. The sum of the differences must, as a matter of math and logic, sum to zero relative to the budget. It does not; the sum of the discrepancies is $1,322.00. This is because the purported actual CASI spending is

-2-

contribution. This is logic error, algebraic error, arithmetic error; not round off or errors in approximation or precision. These are not inconsequential errors; these are errors of consequence. GX 112, GX113, GX114 are innumerate malicious 'Junk Auditing', in the spirit of Daubert Junk Science......................................................... 2

THE TIP OF THE ICEBERG.................................................................................... 2

There are more credits due, and a complete presentation to the court requires another 60 days, and another 30 for rebuttal. A friendly CPA has offered his support and is reviewing the large body of documentation in this case. Pro Bono support can't and won't be rushed. The government, by this Courts order, should have its 30 days or more to respond........................................................................................................... 2

The government grossly over seized ever thing the Petitioner owned in its raid of June 26, 2007. Before and after pictures make this clear. The Court ordered a high burden of proof of ownership for any claims for offset against the Courts restitution. The government alleges that the Plaintiff has no valid claims of ownership to anything seized. This brief dispels that canard. ........................................................... 2

TECHNIQUES OF PROOF ....................................................................................... 3

   a)  Proof showing that the property seized was not paid for by government funds
       3

   b)  Proof that the property seized was purchased after suspension of the grant ... 3

   c)  Proof that the property seized was purchased well before the start of the grant;
       3

   d)  Finally, because the Court raised of the issue of fungability of rent funds, we
       make the argument that the Rent was reclassified into Payroll in GX114, and as
       such is not fungible stolen funds, corruptly used to pay for pre-grant costs and
       equipment.............................................................................................................. 3

TWO OF THE THREE SGI COMPUTERS BELONG TO CASI/KARRON........... 3

Only 2 SGI distinct computers can be identified from the GX120 invoice list, yet 3 were seized in the GX120 seizure list. One (CASI 11) was prior property of CASI. It is not listed in the invoices. Only enough payments were made with NIST funds to purchase one computer, CASI07 ("Jim Coxes computer"); the balance was taken over by Karron after the grant suspension; therefore the machines belong to CASI/Karron. ............................................................................................................... 3

Karron Co-Funding was not 0; The Source of Funds Graphs are incorrect. .............. 3

Rent and GX110 and GX114.................................................................................... 4

OTHER PROPERTY IDENTIFIED IN SEIZURE LIST PURCHASED AFTER PROJECT................................................................................................................ 5

CONCLUSION........................................................................................................ 5

Certificate of Service ...................................................................................................... 5

Appendix........................................................................................................................... 1

1.    Contents ................................................................................................................ 2

- 3 -

| 2. | Property by Seizure Location by Computer Name | 6 |
| 3. | Govt' letter in opposition to extension | 8 |
| 4. | Endorsed Letter Denial of Request for more Time | 9 |
| 5. | GX120 Seizure List | 10 |
| 6. | SGI Account MAJOR Invoices and Checks | 11 |
| (.1) | SGI Program Vendor Account Balances | 12 |
| (.2) | SGI MAJOR PROGRAM INVOICES | 13 |
| 1. | SGI Invoice # 3010015436 for $33,261.07 Serial WT5-1P400V12-536 | 14 |
| 2. | SGI Invoice # 3010036410 for $43.727.40 Serial 0800691420FA | 15 |
| 3. | SGI Invoice # 3010300     for $30,726.15 Serial WT5-1P400V12-536 | 16 |
| (.3) | SGI Program Checks | 17 |
| 1. | CASI NIST CHECK 10171 to SGI for $4,400.00 | 18 |
| 2. | CASI NIST CHECK 10499 to SGI for $139.20 | 19 |
| 3. | CASI NIST CHECK 10625 to SGI for $3,727.40 | 20 |
| 4. | CASI NIST CHECK 10640 to SGI for $5,000.00 | 21 |
| 5. | CASI NIST CHECK 10660 to SGI for $5000.00 | 22 |
| 6. | CASI NIST CHECK 10787 to SGI for $4000.00 | 23 |
| 7. | CASI NIST CHECK 10817 to SGI for $5000.00 | 24 |
| 8. | CASI NIST CHECK 10837 to SGI for $5000.00 | 25 |
| 9. | CASI NIST CHECK 10888 to SGI for $5000.00 | 26 |
| 7. | Karron Co-Funding Year 1 Schedule | 27 |
| (.1) | GX112 | 28 |
| (.2) | Schedule: Karron Co-Funding 1st Year | 29 |
| (.3) | Karron Co-Funding Check 1166 | 30 |
| (.4) | Karron Co-Funding Check 5339 | 31 |
| (.5) | Karron Co-Funding Check 5341 | 32 |
| (.6) | Karron Co-Funding Check 1222 | 33 |
| (.7) | Karron Co-Funding Check 1228 | 34 |
| (.8) | Karron Co-Funding Check 1142 | 35 |
| (.9) | Karron Co-Funding Check 1243 | 36 |
| (.10) | Karron Co-Funding Check 1152 | 37 |
| (.11) | Karron Co-Funding Check 1153 | 38 |
| (.12) | Karron Co-Funding Check 1154 | 39 |
| 8. | Karron 75K Payroll Advance and Repayment | 40 |

- 4 -

(.1)      Subsection (rr)............................................................................................... 41

(.2)      Salary Advance and Repayment Schedule ................................................ 42

(.3)      Program Purchases during Program on Karron Personal .......................... 43

9.    Karron Co-Funding Year 2 Schedule ................................................................ 45

(.1)      GX113 ...................................................................................................... 46

(.2)      Karron Check 1142 for $5000 ................................................................ 47

(.3)      Karron Check 1152 for $2,500 ............................................................... 48

(.4)      Karron Check 1153 for $2,500 ............................................................... 49

(.5)      Karron Check 1154 for $2,500 ............................................................... 50

(.6)      Karron Check 1166 for $2,000 ............................................................... 51

(.7)      Karron Check 5339 for $2,000 ............................................................... 52

(.8)      Karron Check 5341 for $1,000 ............................................................... 53

(.9)      Karron check 1222 for $1000. ................................................................ 54

(.10)     Karron check 1228 for $20,000 ............................................................. 55

(.11)     Karron Check 1243 for $25,000 ............................................................. 56

10.    The Rent and GX110 and GX114 ..................................................................... 57

(.1)      GX110 In Essential Part............................................................................ 58

(.2)      GX114 ...................................................................................................... 59

(.3)      GX 114 in Focus ...................................................................................... 60

11.    Other Property Seized ......................................................**Error! Bookmark not defined.**

# 2. Property by Seizure Location by Computer Name

000016

Location A ("Karron Living Room/Lab Office") Program Equipment

1. [1]CASI 18
2. [2]CASI 02, [44] Monitor Casi02 Samsung Syncmaster (CASI Program Windows Server): Not paid with project funds.
3. [3]CASI 04, [51] SGI Monitor CASI 04 (Jim Cox SGI Workstation): Grant Provided
4. [4]Casi16 (laptop ?)
5. [5](Server case black) ??
6. [6] 1U Server not purchased/paid for during grant period (Linux Server)
7. [24]Casi12, [43], Samsung Syncmaster (CASI Business Windows Server)
8. [25]Casi03 (Windows Workstation)
9. [29]Casi15 (Windows Workstation)
10. [45] Thinkpad laptop
11. [50]Casi17 Thinkpad Docking Station

Location E ("Karron's Room"): All of these machines belong to CASI before and after the project

12. [58] Casi07 (Karron's Octane ) with Raid two [59,60] RAID Arrays, two [66,67] SGI monitors w speakers
13. [61] Casi11 (Karron's Octane 2) two [64,65] SGI monitors
14. [62] Casi13 (Karron's PC) [63] casi 13 samsung monitor

# 3. Govt' letter in opposition to extension





*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 12, 2012

**BY HAND**

The Honorable Robert P. Patterson
United States District Judge
500 Pearl Street
New York, NY 10007

### Re: United States v. Daniel B. Karron,
12-CV-118 (RPP)

Dear Judge Patterson:

The Government respectfully submits this letter in opposition to plaintiff Daniel B. Karron's letter, dated July 11, 2012 ("Ltr."), requesting an additional 60 days' extension of time to identify the specific items that she claims were seized unlawfully from her apartment more than five years ago. For the reasons set forth below, and based on the materials that plaintiff has submitted thus far, it has now become abundantly clear that plaintiff has no good-faith basis for bringing this motion. Instead, in the Government's view, this motion is nothing more than another attempt by plaintiff to collaterally attack her criminal conviction — an attack, moreover, premised on the remarkable theory that, contrary to the jury's guilty verdict, Karron did not misuse federal grant funds in purchasing the seized items because she had actually spent her own money in making the purchases. To vindicate the strong federal interests in the finality of the criminal verdict against Karron, as well as the finality of the $4 million civil judgment that Judge Buchwald has imposed on plaintiff, plaintiff's Rule 41(g) motion should be denied with prejudice.

By Order dated June 6, 2012, this Court held that Daniel B. Karron has not satisfied her burden of showing that the items that were seized from her home on June 26, 2007, were purchased with non-grant, personal funds. (Order at 7). Moreover, this Court held that, even assuming arguendo that plaintiff could show that certain discrete items were paid for using funds drawn from her personal bank accounts, in light of the fact that the Government has proven at Karron's criminal trial that plaintiff has misused federal grant funds to pay for personal expenses (such as back rent) and because "money is considered fungible," "it may be difficult for Plaintiff to show what she actually purchased with her personal funds during the Grant period." (Id.). Finally, in light of the $4 million civil judgment that has been entered against plaintiff, this Court concluded that "it is appropriate that the seized property held by the Government . . . be used to satisfy that civil judgment." (Id.). However, in recognition of the fact that "Plaintiff is proceeding pro se," the Court gave plaintiff another chance to make the requisite threshold

The Honorable Robert P. Patterson
July 12, 2012
Page 2

showing by directing her, within "thirty (30) days" from the date of its Order, "to identify to the Court the <u>specific</u> items of property that she claims should be returned to her." (<u>Id.</u>) (emphasis in original). The Order also directed plaintiff to "provide the Court with factual support, in the form of documents, bank records, or credit card statements, which demonstrate that those specific items were not purchased with the funds provided by NIST [the National Institute of Standards and Technology]." (<u>Id.</u> at 8).

In her latest submission, plaintiff made no attempt whatsoever to identify which <u>specific</u> item(s) — among the list of 82 items seized from her home on June 26, 2007 (Exhibit A) — were purchased with her own personal funds. <u>See</u> Ltr. at 1. Instead, plaintiff states that "because of the poor state of [her] records from that period" and "the volume of detail" (Ltr. at 1), she has been unable to do so. (Ltr. 1). Moreover, plaintiff has not offered any original underlying records in support of her claim that items were "over-seized," but attaches spreadsheet summaries that were never introduced in any prior proceedings and whose accuracy or reliability is completely unknown and unverified.

In contrast, as the Government has proven beyond a reasonable doubt at plaintiff's criminal trial, CASI had no sources of funding independent of NIST. (<u>See</u> GXs 112, 113, attached hereto as Exhibit B). Indeed, if plaintiff's current claim that the seized items were bought using her own money were credited by the criminal jury, she could not have been convicted of any crime, for the simple reason that she would not have been guilty of misapplying <u>federal</u> funds that is the basis for a violation under 18 U.S.C. § 666. Moreover, during the pendency of the criminal case, plaintiff repeatedly represented to this Court that she was indigent, could not come up with the $30,000 to pay for duplication and discovery costs, and requested the Government to advance her that expense. (Order at 3-4 & n.4). These representations substantially undermine plaintiff's current claim that she actually had undisclosed sources of income that she previously hid from the Court and the Government and thus she was able to pay for computers and electronic equipment using her own money, even "after the project was suspended" and federal funding was cut off. (Ltr. at 2). Finally, as the Court recognized in its Order, even if, <u>arguendo</u>, plaintiff could show that certain purchases were initially paid for using funds drawn from her personal accounts (and plaintiff hasn't even shown this much in her latest submission), given the fungibility of money and her massive misuse of NIST funds to pay for personal expenses that totaled at least $125,000, <u>see</u> Order at 3 (restitution in the amount of $125,000); <u>see also</u> Exhibit C, plaintiff does not and cannot show "what she actually purchased with her personal funds during the Grant period." (Order at 7).

At bottom, the fact that plaintiff has not made any attempt, even at this late date, to identify with particularity <u>specific</u> items that were allegedly "over-seized" suggests that the plaintiff has no good faith basis to believe that any particular items were purchased with her personal funds. Instead, through the guise of a Rule 41(g) motion, plaintiff seeks merely to engage in a fishing expedition involving years-old records that she admits are in a "poor state." Moreover, as demonstrated by plaintiff's complete failure to comply with this Court's June 6, 2012 Order, plaintiff appears to want to re-litigate the entire theory of the Government's criminal case again — <u>i.e.</u>, claiming that she paid for all the seized items, not just certain specified items, using her own personal funds, not federal money. And she does so now after her conviction has been affirmed on appeal, her § 2255 motion has been denied, and a $4 million civil judgment has been entered against her by Judge Buchwald.

2

The Honorable Robert P. Patterson
July 12, 2012
Page 3

Because the motion is meritless, and because plaintiff has made no attempt to comply with the Court's June 6, 2012 Order even after the Court gave her a second chance to make the necessary threshold showing, and even after multiple prior requests for extension of time were granted without objection from the Government (see 12 Civ. 118, Dkt. Entries # 12, 15), plaintiff should not be allowed to drag out the disposition of this motion for yet another 60 days.

For all the foregoing reasons, plaintiff's Rule 41(g) motion should be denied with prejudice.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:      /s/
        Chi T. Steve Kwok
        Christian R. Everdell
        Assistant United States Attorneys
        (212) 637-2415 / (212) 637-2556

Enclosures

cc:    Daniel B. Karron, pro se (by Federal Express)

3

# 4. Endorsed Letter Denial of Request for more Time

 Dr≺3 P↓

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/12

D. B. Karron, Ph. D.
348 East Fulton Street
Long Beach, New York 11561
E-Mail to drdbkarron@gmail.com
Facsimile +1 (516) 308 - 1982
Voice +1 (516) 515 - 1474

Wednesday, July 11, 2012 at 14:40:24 Hours


JUL 12 2012
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

Hon. Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
Courtroom: 24A
500 Pearl St.
New York, NY 10007-1312

RE: Karron, v United States of America
    CASE #: 1:12-cv-00118-RPP,
    OPINION AND ORDER #101897 of 6/6/2012, modified 6/11/2012

Dear Judge Patterson:

This letter is with respect to the *above* order for additional and full supporting backup for our claim. We are preparing requested documentation as ordered for property seized; to backup our claim for credit against criminal restitution. Because of the volume of detail, and the poor state of my records from that period, we respectfully require an additional 60 days to prepare these reports such that they are comprehensible and clear with CPA support. Preliminary schedules are provided as exhibits here (not in the fax copy), but they are unchecked and contain bugs. Copies of checks and statements behind each purchase showing payment account are being compiled.

We would propose to negotiate these schedules with the Government if you so order.

We also respectfully request submission on a DVD to the Court and to the Government instead of printing out more paper.

PROPOSED CLASSIFICATION SCHEME

We also propose, and request consent of the Government, the following classification scheme to simplify quantification of the losses to Karron and the recovery to the Government by

its seizure in June 2007. Estimates of the total value reported by the OIG (*See Exhibit 1*) $300,000 and estimated by reconstructed CASI records (*Exhibit 6*) are about $341,899

1) Equipment and property seized (over seized) purchased and paid for prior to the project start on October 1, 2001. This is approximately worth $70,858 in inventory, *(See Exhibit 2)* that was eligible for match co-funding in kind (*See Exhibit 5*). The actual cost of seized equipment (all of CASI's computer inventory at the time) was $123,516 *(See Exhibit 3)*

2) Equipment and property seized (over seized) purchased and paid for after the project was suspended, after June 27, 2003, and before the Government's seizure in June 2007. We currently estimate it is worth $50,241. *(See Exhibit 4)*

3) Items were purchased during the period of the project, and where the source of funds was either NIST ATP or Karron's tax paid salary. This consists of approximately $182,099 *(See Exhibit 5)* worth of computer inventory not paid by the Burgundy NIST ATP program checks, subject to being verified by a CPA. We have engaged new accountant to try to help sort this and the tax issues.

To make matters simple. we propose to further segment the items purchased during the project period (Item 3, *above*) by source of funding.

PERSONAL FUNDS

A. Paid by Karron's Mastercard,

B. Paid by Karron's Visa,

C. Paid by Karron's checking account or cash, or

D. Equipment Ordered prior to suspension, but Paid by any means for after the grant was suspended on June 27, 2003 are to be considered property of CASI/Karron

GOVERNMENT FUNDED PURCHASES

• Equipment purchased and paid with Burgundy NIST ATP Program checks, with a fair market value less than 5,000 dollars that would be otherwise abandoned to CASI at full value. We should agree on a date for evaluation.

- Equipment purchased and paid by Burgundy NIST ATP Program checks, with an item value greater than $5,000 , where the government recovered that equipment in the seizure, should also offset the loss to the government by the governments recovery of said equipment at invoice cost or some agreed on basis. Please note that the OIG very publically notified Congress and issued press releases that it recovered some $400,000 worth of equipment. *(See Exhibit 1)*

## STATUTORY AUTHORITY

We bring to the Courts attention to the following NIST ATP Statute, citing title to equipment purchased with grant funds vests with the grantee, namely CASI.

15 CFR Subtitle A (1–1–01 Edition) § 24.32 Equipment.

(http://csrc.nist.gov/grants/15CFR24.pdf or http://www.gpo.gov/fdsys/pkg/CFR-2001-title15-vol1/pdf/CFR-2001-title15-vol1-sec24-32.pdf)

(a) Title. Subject to the obligations and conditions set forth in this section, title to equipment acquired under a grant or subgrant will vest upon acquisition in the grantee or subgrantee respectively.

(e) Disposition. When original or replacement equipment acquired under a grant or subgrant is no longer needed for the original project or program or for other activities currently or previously supported by a Federal agency,

(1) Items of equipment with a current per-unit fair market value of less than $5,000 may be retained, sold or otherwise disposed of with no further obligation to the awarding agency

(2) Items of equipment with a current per unit fair market value in excess of $5,000 may be retained or sold and the awarding agency shall have a right to an amount calculated by multiplying the current market value or proceeds from sale by the awarding agency's sh... equipment.

Respectfully Submitted,

D. B. Karron

*pro se*

Cc: "Kwok, Steve (USANYS)" <Steve.Kwok@usdoj.gov>,
    "Everdell, Christian (USANYS)" <christian.everdell@usdoj.gov>,
Enc: Exhibits (not faxed, only E-mailed)

*See attached typewritten Memo Endorsement on the following page*

Case:       Daniel B. Karron v. United States of America
Index No.:  12 Civ 0118 (RPP)


MEMO ENDORSEMENT READS:

Application denied.

The Plaintiff has had 30 days to identify the specific items of property
that she claims should be returned to her and has failed to do so, even though
the list of items seized by the government from her apartment has been
available to her. See Exh. A of Government's Letter to the Court dated July
12, 2012.

Plaintiff's application for an additional 60 days is denied and her claim
for return of her property is dismissed for failure of proof of title to any item
of property seized.

So Ordered.

*Robert P. Patterson, Jr., U.S.D.J., 7/13/12*

UNITED STATES DISTRICT COURT
CHAMBERS OF
ROBERT P. PATTERSON. JR.
UNITED STATES DISTRICT JUDGE
500 PEARL STREET
NEW YORK. NEW YORK  10007
OFFICIAL BUSINESS

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300



02 1A                    $ 00.45⁰
0004632687        JUL 13 2012
MAILED FROM ZIP CODE 10007

D.B. Karron, Ph.D
348 East Fulton Street
Long Beach, NY  11561

ii56i42327

000027

# 5. GX120

# Seizure List

# List of Items seized pursuant to warrant.
## 6/26/07, Case 15227

| # | Seizure Date | Seizure time | Seizure Location | Item Description/ID |
|---|---|---|---|---|
| 1 | 6/26/2007 | 8:00 AM | A | server casi 192.168.0.118 |
| 2 | 6/26/2007 | 8:00 AM | A | server casi 02 216.213.166.227 |
| 3 | 6/26/2007 | 8:00 AM | A | server casi 04 SGI Octane 2 |
| 4 | 6/26/2007 | 8:00 AM | A | server casi 16 192.168.0.116 |
| 5 | 6/26/2007 | 8:00 AM | A | server case black |
| 6 | 6/26/2007 | 8:00 AM | A | rackmount computer IU |
| 7 | 6/26/2007 | 8:00 AM | A | Overland neo |
| 8 | 6/26/2007 | 8:00 AM | A | Raid Array 1-10 this location |
| 9 | 6/26/2007 | 8:00 AM | A | Raid Array Bottom this location |
| 10 | 6/26/2007 | 8:00 AM | A | server casi 100 192.168.0.100 |
| 11 | 6/26/2007 | 8:00 AM | A | Extreme network summit 7 switch |
| 12 | 6/26/2007 | 8:30 AM | A | UPS APC (power source) |
| 13 | 6/26/2007 | 8:30 AM | A | Power supply (blue) |
| 14 | 6/26/2007 | 8:30 AM | A | Hatch Panel |
| 15 | 6/26/2007 | 9:00 AM | A | Linksys Router antenna and power supply |
| 16 | 6/26/2007 | 9:00 AM | A | 16 port switch Linksys and power supply |
| 17 | 6/26/2007 | 9:00 AM | A | D-Link Router DCM-202 + power supply |
| 18 | 6/26/2007 | 9:00 AM | A | Projector Screen |
| 18A | 6/26/2007 | 9:00 AM | A | Controller Box for Projector Screen |
| 19 | 6/26/2007 | 9:00 AM | A | Hatch Panel |
| 20 | 6/26/2007 | 9:30 AM | A | Sony Cybershot Camera DSC-F707 |
| 21 | 6/26/2007 | 9:30 AM | A | Digital Camera Batteries |
| 22 | 6/26/2007 | 9:30 AM | A | Remote Power Control/BayTech |
| 23 | 6/26/2007 | 9:30 AM | A | InFocus LCD Projector with mount |
| 24 | 6/26/2007 | 10:00 AM | A | server casi 112 192.168.9.112 |
| 25 | 6/26/2007 | 10:00 AM | A | server casi 03 192.168.0.103 |
| 26 | 6/26/2007 | 10:00 AM | A | HP Laserjet 1200 printer |
| 27 | 6/26/2007 | 10:00 AM | A | Linksys Print Server PSUS4 |
| 28 | 6/26/2007 | 10:00 AM | A | HP Laserjet 4 with Document Feeder |
| 29 | 6/26/2007 | 10:30 AM | A | casi 15 192.168.0.115 |
| 30 | 6/26/2007 | 10:30 AM | A | GBC Shredmaster 3260x shredder |
| 31 | 6/26/2007 | 10:30 AM | A | Check Scanner RDS-3000 |
| 32 | 6/26/2007 | 10:30 AM | A | Visioneer Strobe XP Paper port (1 of 2) |
| 33 | 6/26/2007 | 10:30 AM | A | Neat Receipts Receipt Scanner |
| 34 | 6/26/2007 | 10:30 AM | A | Card Size Scanner Corex Cardscan |
| 35 | 6/26/2007 | 10:30 AM | A | Visioneer Strobe XP Paper port (2 of 2) |
| 36 | 6/26/2007 | 10:30 AM | B | Dust Buster |
| 37 | 6/26/2007 | 11:00 AM | B | Kitchen Classics Blender by Waring |
| 38 | 6/26/2007 | 11:00 AM | A | Porter Cable Tiger Saw quickcharge |
| 39 | 6/26/2007 | 11:00 AM | A | Two (2) Batteries and charger for item 38 |
| 40 | 6/26/2007 | 11:00 AM | A | Three (3) boxes Dewalt drill bits |
| 41 | 6/26/2007 | 11:00 AM | A | Porter Cable Rechargeable Tool Set |
| 42 | 6/26/2007 | 11:00 AM | A | Set of 3 rechargeable flashlights w/chargers |
| 43 | 6/26/2007 | 11:00 AM | A | Monitor Casi 12 Samsung Syncmaster (1) |

All seizure locations are identified letter coded rooms within 300 E. 33rd Street, Apartment 4N, New York, NY



| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 68/19/2007 | 6/26/07   6: 30AM | DR Dan Karron |

INVENTORY MADE IN THE PRESENCE OF

SA Ken Clair

INVENTORY OF PROPERTY TAKEN PURSUANT TO THE WARRANT

(See attached)

## CERTIFICATION

I swear that this inventory is a true and detailed account of all the property taken by me on the warrant

*Rachel Ondel*

RACHEL ONDRIK

Subscribed, sworn to, and returned before me this date.

*[signature]*

Federal Judge or U.S. Magistrate

6/27/087

Date

GOVERNMENT
EXHIBIT
120
07 Cr. 541 (RPP)(ID)

000031

# 6. SGI Account MAJOR Invoices and Checks

## SGI Program Vendor Account Balances Quarterly
### 10/1/2001 through 9/30/2003

| Date | Acco... | Num | Description | Memo | Category | Tag | Amount |
|---|---|---|---|---|---|---|---|
| 10/1/2001 | SGI | | | start nist grant | | | 0.00 |
| 12/14/2001 | SGI | 3010012810... | SGI | developers welcome freight | --Split-- | --Split-- | -3.44 |
| **10/1/2001 - 12/31/2001** | | | | | | | **-3.44** |
| 1/10/2002 | SGI | 3010015436 | SGI | $33,261.07 Serial WT5-1P400V12-536 | ATP_EQUIP... | NIST_AT... | -33,261.07 |
| 3/27/2002 | SGI | 3010022698 | SGI | | ATP_EQUIP... | NIST_AT... | -4,403.93 |
| **1/1/2002 - 3/31/2002** | | | | | | | **-37,665.00** |
| 5/1/2002 | SGI | 10171 | Silicon Graphics... | | [CASI INC N... | | 4,400.00 |
| **4/1/2002 - 6/30/2002** | | | | | | | **4,400.00** |
| 7/8/2002 | SGI | 3010031242 | SGI | | ATP_EQUIP... | NIST_AT... | -139.20 |
| 8/21/2002 | SGI | 3010036410... | SGI | $43.727.40 Serial 0800691420FA | --Split-- | --Split-- | -43,727.40 |
| 8/22/2002 | SGI | 3010033978... | SGI | | --Split-- | --Split-- | -100.79 |
| 9/30/2002 | SGI | 10499 | Silicon Graphics | | [CASI INC N... | | 139.20 |
| **7/1/2002 - 9/30/2002** | | | | | | | **-43,828.19** |
| 10/20/2002 | SGI | 10558 | Silicon Graphics | **VOID** | [CASI INC N... | | 0.00 |
| 11/17/2002 | SGI | 10625 | Silicon Graphics... | | [CASI INC N... | | 3,727.40 |
| 11/21/2002 | SGI | 10640 | Silicon Graphics... | | [CASI INC N... | | 5,000.00 |
| 12/13/2002 | SGI | 10660 | Silicon Graphics... | | [CASI INC N... | | 100.79 |
| **10/1/2002 - 12/31/2002** | | | | | | | **8,828.19** |

## SGI Program Vendor Account Balances Quarterly
### 10/1/2001 through 9/30/2003

| Date | Acco... | Num | Description | Memo | Category | Tag | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 1/10/2003 | SGI | 10732 | Silicon Graphics... | | [CASI INC N... | | 1,000.00 |
| 1/24/2003 | SGI | 3010300 | Silicon Graphics...$30,726.15 Serial WT5-1P400V12-536 ATP_EQUIP... | | | | -2,534.92 |
| 2/12/2003 | SGI | 10787 | Silicon Graphics | | [CASI INC N... | | 4,000.00 |
| 2/20/2003 | SGI | 10817 | Silicon Graphics... | | [CASI INC N... | | 5,000.00 |
| 3/8/2003 | SGI | 10837 | Silicon Graphics... | | [CASI INC N... | | 5,000.00 |
| **1/1/2003 - 3/31/2003** | | | | | | | **12,465.08** |
| | | | | | | | |
| 4/9/2003 | SGI | 10867 | Silicon Graphics... | | [CASI INC N... | | 5,000.00 |
| 4/16/2003 | SGI | 10888 | Silicon Graphics... | | [CASI INC N... | | 5,000.00 |
| 5/19/2003 | SGI | statement | Silicon Graphics...SGI statement bal $45,726.15 | | | | 0.00 |
| 5/19/2003 | SGI | | Silicon Graphics...error adjustment based on SGI statem... | | | | 77.21 |
| **4/1/2003 - 6/30/2003** | | | | | | | **10,077.21** |
| | | | | | | | |
| **7/1/2003 - 9/30/2003** | | | | | | | **0.00** |

| | |
|---|---|
| **OVERALL TOT...** | **-45,726.15** |
| **TOTAL INFLOWS** | **38,444.60** |
| **TOTAL OUTFL...** | **-84,170.75** |
| **NET TOTAL** | **-45,726.15** |

# (.1) SGI Program Vendor Account Balances

# (.2) SGI MAJOR PROGRAM INVOICES

# 1. SGI Invoice # 3010015436 for $33,261.07 Serial WT5-1P400V12-536

- 14 -

*401 workstation/server, (2) display, assoc components*



Silicon Graphics, Inc.
1500 Crittenden Lane
Mountain View, CA 94043

## Invoice

| Number | Date | Page |
|---|---|---|
| 3010015436 | 10-JAN-02 | 1 of 2 |

| Payment Terms | Due Date |
|---|---|
| Payment due in 30 days | 09-FEB-02 |

| Customer P.O. Number | FOB |
|---|---|
| 2001015 | ORIGIN |

| Incoterms | Sales Order Number |
|---|---|
| | 300016347 |

| Customer Acct. Number | SGI Tax Reference |
|---|---|
| 2541 | 94-2789662 |

| Currency | Customer Tax Reference |
|---|---|
| USD | |

**Remit To**

Silicon Graphics
NW #7786
P.O. Box 1450
MINNEAPOLIS,MN,55485-7786
United States

**Bill To**

SGI (Silicon Graphics Inc.)
655 3rd Avenue
15th Floor
Suite 1500
NEW YORK, NY 10017
United States

| Salesperson | OA Contact |
|---|---|
| Inactive - Lavender, Scott | |

| Bill To Contact | Ship Date |
|---|---|
| | 09-JAN-02 |

| Ship Via | Waybill Number |
|---|---|
| NAVL 2 DAY | 0 |

**Shipped To**

Computer Aided Surgery Incorporated
300 East 33rd Street
Suite 4N
NEW YORK,NY 10016
United States

| Ref No. | Description | Quantity Ordered | Quantity Shipped | Quantity Back-ordered | Tax Rate | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 2 | FREIGHT | | | | 8.25 | 234.65 | 234.65 |
| | FREIGHT | | | | | | |
| | Serial Number | | | | | | |
| 1 | WTS-1P400V12-536 | 1 | 1 | 0 | 8.25 | 17,817.25 | 17,817.25 |
| | Octane2      V12      Graphics      R12000A | | | | | | |
| | Serial Number | | | | | | |
| 3 | D-MON21A-NC | 1 | 1 | 0 | 8.25 | 0.00 | 0.00 |
| | 21" Flat Trinitron, Tilt-Swivel, Color Monitor | | | | | | |
| | Serial Number | | | | | | |
| 4 | KBB-US | 1 | 1 | 0 | 8.25 | 0.00 | 0.00 |
| | Keyboard Kit- United States for O2, Octane | | | | | | |
| | Serial Number | | | | | | |
| 5 | DK-P5-001 | 4 | 4 | 0 | 8.25 | 0.00 | 0.00 |
| | Power Cord - USA, Canada | | | | | | |
| | Serial Number | | | | | | |
| 6 | SC4-AWE-6.5 | 1 | 1 | 0 | 8.25 | 210.00 | 210.00 |
| | IRIX 6.5 Advanced Workstation Environment | | | | | | |
| | Serial Number | | | | | | |
| 7 | HU-MEM512-4 | 1 | 1 | 0 | 8.25 | 1,100.00 | 1,100.00 |
| | 512MB memory upgrade for new OCTANE | | | | | | |
| | Serial Number | | | | | | |
| 8 | DCD-OCT | 1 | 1 | 0 | 8.25 | 1,650.00 | 1,650.00 |
| | Dual Channel Display board for Octane2 V12 | | | | | | |
| | Serial Number | | | | | | |

| Ref No. | Description | Quantity Ordered | Quantity Shipped | Quantity Back-ordered | Tax Rate | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 9 | PCI-CARDCAGE PCI Cardcage option for Octane and Octane2 Serial Number | 1 | 1 | 0 | 8.25 | 825.00 | 825.00 |
| 10 | CBL-SCSI3/CENT-.75 SCSI3 to Centronics Cable (.75m) Serial Number | 1 | 1 | 0 | 8.25 | 55.00 | 55.00 |
| 11 | P-CDR40-EXT External 40X CD-ROM SCSI Drive for Octane Serial Number | 1 | 1 | 0 | 8.25 | 645.00 | 645.00 |
| 12 | FC-EW3 FULLCARE 3-YEAR EW Serial Number | 1 | 1 | 0 | 8.25 | 4,650.00 | 4,650.00 |
| 13 | MO5-CD CD-ROM Update Media requirement - For Serial Number | 1 | 1 | 0 | 8.25 | 600.00 | 600.00 |
| 14 | FPD180-OPT Additional 18.1" LCD FP Display. Avail for O2, Serial Number | 2 | 2 | 0 | 8.25 | 1,256.50 | 2,513.00 |
| 15 | PCI-GIGENET-C-SU 1-Port copper Gig. Ethernet for Octane/O200 Serial Number | 1 | 1 | 0 | 8.25 | 426.25 | 426.25 |

-------------------------- Tax Summary  USD --------------------------

| Rate | Tax | Net |
|---|---|---|
| 8.25 | 2,534.92 | 30,726.15 |

| | |
|---|---|
| Taxable | 30,726.15 |
| Non-taxable | 0.00 |
| Tax | 2,534.92 |
| Freight | 0.00 |
| Total | 33,261.07 |

# 2. SGI Invoice # 3010036410 for $43.727.40 Serial 0800691420FA



Silicon Graphics, Inc.
1500 Crittenden Lane
Mountain View, CA 94043

## Invoice

| Number | Date | Page |
|---|---|---|
| 3010036410 | 27-SEP-02 | 1 of 2 |

| Payment Terms | Due Date |
|---|---|
| Payment due in 30 days | 27-OCT-02 |

| Customer P.O. Number | FOB . |
|---|---|
| 2001029 | ORIGIN |

| Incoterms | Sales Order Number |
|---|---|
|  | 300027928 |

| Customer Acct. Number | SGI Tax Reference |
|---|---|
| 85263 | 94-2789662 |

| Currency | Customer Tax Reference |
|---|---|
| USD |  |

**Remit To**

Silicon Graphics
NW #7786
P.O. Box 1450
MINNEAPOLIS,MN,55485-7786
United States

**Bill To**

Computer Aided Surgery Incorporated
300 East 33rd Street
Suite 4N
NEW YORK, NY 10016
United States

| Salesperson | OA Contact |
|---|---|
| Inactive - Witko, Ron | GAREY |

| Bill To Contact | Ship Date |
|---|---|
| Dr. D Karron | 21-AUG-02 |
| 1-212-686-8742 | |

| Ship Via | Waybill Number |
|---|---|
| SURFACE | 0 |

**Shipped To**

Computer Aided Surgery Incorporated
300 East 33rd Street
Suite 4N
NEW YORK,NY 10016
United States

| Ref No. | Description | Quantity Ordered | Quantity Shipped | Quantity Back-ordered | Tax Rate | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1.1.3 | WT5-2P600V12-DH1-3 | 1 | 1 | 0 | 8.25 | 23,718.00 | 23,718.00 |
|  | Octane2 Dual V12 Graphics w/DCD on one | | | | | | |
|  | Serial Number 0800691420FA | | | | | | |
| 1.1.24 | FPD220-FTO-OCT | 2 | 2 | 0 | 8.25 | 1,199.60 | 2,399.20 |
|  | FTO 22" Flat Panel Display for Octane2. Incl | | | | | | |
|  | Serial Number | | | | | | |
| 1.1.12 | P9-DAT20-INT | 1 | 1 | 0 | 8.25 | 640.00 | 640.00 |
|  | Internal 4mm Digital Audio SCSI Tape Drive. | | | | | | |
|  | Serial Number | | | | | | |
| 1.1.15 | PCI-GIGENET-C | 1 | 1 | 0 | 8.25 | 310.00 | 310.00 |
|  | 1-Port copper Gig. Ethernet for Octane/O200 | | | | | | |
|  | Serial Number | | | | | | |
| 1.1.10 | SC4-AWE-6.5 | 1 | 1 | 0 | 8.25 | 120.00 | 120.00 |
|  | IRIX 6.5 Advanced Workstation Environment | | | | | | |
|  | Serial Number | | | | | | |
| 1.1.17 | HU-OCT2-DUO | 1 | 1 | 0 | 8.25 | 3,360.00 | 3,360.00 |
|  | PowerDuo Package for Octane2. Includes | | | | | | |
|  | Serial Number | | | | | | |
| 1.1.14 | DCD-OCT2-DH | 1 | 1 | 0 | 8.25 | 1,200.00 | 1,200.00 |
|  | Dual Channel Display daughter card for V12 | | | | | | |
|  | Serial Number | | | | | | |
| 1.1.6 | KBB-US | 2 | 2 | 0 | 8.25 | 0.00 | 0.00 |
|  | Keyboard Kit- United States for O2, Octane | | | | | | |
|  | Serial Number | | | | | | |

| Ref No. | Description | Quantity Ordered | Quantity Shipped | Quantity Back-ordered | Tax Rate | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1.1.8 | DK-P5-001 Power Cord - USA, Canada Serial Number | 3 | 3 | 0 | 8.25 | 0.00 | 0.00 |
| 1.1.22 | M4-SVCWRNT-1.0 Global Services warranty card, system Serial Number | 1 | 1 | 0 | 8.25 | 0.00 | 0.00 |
| 1.1.20 | MO5-CD CD-ROM Update Media requirement - For Serial Number | 1 | 1 | 0 | 8.25 | 720.00 | 720.00 |
| 1.1.25 | FPD220-OPT Additional 22" Flat Panel Display for Octane2. Serial Number | 2 | 2 | 0 | 8.25 | 1,599.60 | 3,199.20 |
| 1.1.19 | FC-EW3 FULLCARE 3-YEAR EW Serial Number | 1 | 1 | 0 | 8.25 | 6,350.00 | 6,350.00 |
| 3.1 | P-FLPY120A-EXT External 3.5" Superdisk Floppy Drive for O2. Serial Number | 1 | 1 | 0 | 8.25 | 400.00 | 400.00 |
| 4.1 | DK-P5-001 Power Cord - USA, Canada Serial Number | 1 | 1 | 0 | 8.25 | 0.00 | 0.00 |
| 5.1 | PCI-SCSI-U3-2P-SU PCI dual port Ultra3 SCSI LVD or Serial Number | 1 | 1 | 0 | 8.25 | 496.00 | 496.00 |
| 6.1 | MSE000030 Magellan Mouse for O2, Octane, Octane2. Serial Number | 1 | 1 | 0 | 8.25 | 175.00 | 175.00 |
| 7.1 | PCI-SCSI-DF-2P-SU PCI dual port Ultra SCSI HVD adapter Serial Number | 2 | 2 | 0 | 8.25 | 320.00 | 640.00 |

-------------------------- Tax Summary  USD --------------------------

| Rate | Tax | Net |
|---|---|---|
| 8.25 | 0.00 | 0.00 |

| | |
|---|---|
| Taxable | 43,727.40 |
| Non-taxable | 0.00 |
| Tax | 0.00 |
| Freight | 0.00 |
| Total | 43,727.40 |

HC:        000

3. SGI Invoice # 3010300 for $30,726.15 Serial WT5-1P400V12-536

*SGI*
*1 server, software, cables, memory upgrades, + variety Display Devices (3) workstation*



**Silicon Graphics, Inc.**
1500 Crittenden Lane
Mountain View, CA 94043

| Invoice | | | |
|---|---|---|---|
| **Number** 3010300 | **Date** 24-JAN-03 | | **Page** 1 of 2 |
| **Payment Terms** Payment due in 30 days | **Due Date** 23-FEB-03 | | |
| **Customer P.O. Number** 2001015 | **FOB** | | |
| **Incoterms** | **Sales Order Number** 300016347 | | |
| **Customer Acct. Number** 85263 | **SGI Tax Reference** 94-2789662 | | |
| **Currency** USD | **Customer Tax Reference** | | |

**Remit To**
Silicon Graphics
NW #7786
P.O. Box 1450
MINNEAPOLIS,MN,55485-7786
United States

**Bill To**
Computer Aided Surgery Incorporated
300 East 33rd Street
Suite 4N
NEW YORK, NY 10016
United States

| | |
|---|---|
| **Salesperson** Inactive - Lavender, Scott | **OA Contact** |
| **Bill To Contact** Dr. D Karron 1-212-686-8742 | **Ship Date** |
| **Ship Via** | **Waybill Number** |

**Shipped To**
Computer Aided Surgery Incorporated
300 East 33rd Street
Suite 4N
NEW YORK,NY 10016
United States

| Ref No. | Description | Quantity Ordered | Quantity Shipped | Quantity Back-ordered | Tax Rate | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | FREIGHT FREIGHT Serial Number | | | | 8.25 | 234.65 | 234.65 |
| 3 | WT5-1P400V12-536 Octane2 V12 Graphics R12000A Serial Number | 1 | 1 | 0 | 8.25 | 17,817.25 | 17,817.25 |
| 4 | D-MON21A-NC 21" Flat Trinitron, Tilt-Swivel, Color Monitor Serial Number | 1 | 1 | 0 | 8.25 | 0.00 | 0.00 |
| 5 | KBB-US Keyboard Kit- United States for O2, Octane Serial Number | 1 | 1 | 0 | 8.25 | 0.00 | 0.00 |
| 6 | DK-P5-001 Power Cord - USA, Canada Serial Number | 4 | 4 | 0 | 8.25 | 0.00 | 0.00 |
| 7 | SC4-AWE-6.5 IRIX 6.5 Advanced Workstation Environment Serial Number | 1 | 1 | 0 | 8.25 | 210.00 | 210.00 |
| 8 | HU-MEM512-4 512MB memory upgrade for new OCTANE Serial Number | 1 | 1 | 0 | 8.25 | 1,100.00 | 1,100.00 |
| 9 | DCD-OCT Dual Channel Display board for Octane2 V12 Serial Number | 1 | 1 | 0 | 8.25 | 1,650.00 | 1,650.00 |

| Salesperson | Ship Date | Customer Contact | Waybill Number | |
|-------------|-----------|------------------|----------------|---|
| Inactive - Lavender, Scott | | Dr. D Karron | | . |

| Ref No. | Description | Quantity Ordered | Quantity Shipped | Quantity Back-ordered | Tax Rate | Unit Price | Extended Price |
|---------|-------------|------------------|------------------|----------------------|----------|-----------|----------------|
| 10 | PCI-CARDCAGE | 1 | 1 | 0 | 8.25 | 825.00 | 825.00 |
| | PCI Cardcage option for Octane and Octane2 | | | | | | |
| | Serial Number | | | | | | |
| 11 | CBL-SCSI3/CENT-.75 | 1 | 1 | 0 | 8.25 | 55.00 | 55.00 |
| | SCSI3 to Centronics Cable (.75m) | | | | | | |
| | Serial Number | | | | | | |
| 12 | P-CDR40-EXT | 1 | 1 | 0 | 8.25 | 645.00 | 645.00 |
| | External 40X CD-ROM SCSI Drive for Octane | | | | | | |
| | Serial Number | | | | | | |
| 13 | FC-EW3 | 1 | 1 | 0 | 8.25 | 4,650.00 | 4,650.00 |
| | FULLCARE 3-YEAR EW | | | | | | |
| | Serial Number | | | | | | |
| 14 | MO5-CD | 1 | 1 | 0 | 8.25 | 600.00 | 600.00 |
| | CD-ROM Update Media requirement - For | | | | | | |
| | Serial Number | | | | | | |
| 15 | FPD180-OPT | 2 | 2 | 0 | 8.25 | 1,256.50 | 2,513.00 |
| | Add'l 18.1" LCD FP Display Avail for | | | | | | |
| | Serial Number | | | | | | |
| 16 | PCI-GIGENET-C-SU | 1 | 1 | 0 | 8.25 | 426.25 | 426.25 |
| | 1-Port copper Gig. Ethernet for Octane/O200 | | | | | | |
| | Serial Number | | | | | | |

Tax Summary USD

| Rate | Tax | Net |
|------|-----|-----|
| 8.25 | 0.00 | 0.00 |

| | |
|---|---|
| Taxable | 30,726.15 |
| Non-taxable | 0.00 |
| Tax | 0.00 |
| Freight | 0.00 |
| Total | 30,726.15 |

# (.3) SGI Program Checks

# 1. CASI NIST CHECK 10171 to SGI for $4,400.00

**COMPUTER AIDED SURGERY, INC.**
NIST APT DMT PROGRAM
300 EAST 33RD STREET, SUITE 4N
NEW YORK, NY 10016
+1(212) 686-8748 EIN # 13-388-9180 D-U-N-S 94-285-4266

10171

JPMORGAN CHASE BANK
NEW YORK, NEW YORK
1-2-210

5/1/2002

PAY TO THE
ORDER OF _____ Silicon Graphics Inc. _____ $ **4,400.00

Four Thousand Four Hundred and 00/100•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••• DOLLARS

SGI
ATT: Susan Smith
NW #7786
PO Box 1450
Minneapolis, MN 55485-7786

MEMO

⑈0⑊0⑊71⑈ ⑉0210000⑉21⑉: ⑊310758735⑊5⑈          ⑊0000440000⑈

000048

CREDIT ACCT
ENDORSEMENT
GUARANTEED

6566-3662   7786
2422 0038
0837P197 MPLS, MN 05/06/92
0837 9999 1   TRACE# 3226   020
006   0910-0001-9

000049

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G0981-12JAN05
Sequence number 0052633228 Posting date 07-MAY-02



# 2. CASI NIST CHECK 10499 to SGI for $139.20

**COMPUTER AIDED SURGERY, INC.**
NIST APT DMT PROGRAM
300 EAST 33RD STREET, SUITE 6N
NEW YORK, NY 10016
+1(212) 886-8746 EIN # 13-358-9180 D-U-N-S 84-295-4266

10499

JPMORGAN CHASE BANK
NEW YORK, NEW YORK
1-2-240

9/30/2002

PAY TO THE
ORDER OF _____ Silicon Graphics, Inc _____ $ **139.20

One Hundred Thirty-Nine and 20/100************************************************************ DOLLARS

Silicon Graphics, Inc

MEMO

⑈010499⑈ ⑆021000021⑆ 1310758 73565⑈                    ⑆00000139 20⑈

000052

ENDORSEMENT
GUARANTEED

2856 0005
1971
0910-0001-94
5200239078357604991
7700161329

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G1768-20OCT04
Sequence number 0052239078  Posting date 21-OCT-02







# 3. CASI NIST CHECK 10625 to SGI for $3,727.40

**COMPUTER AIDED SURGERY, INC.**
NIST AFT DMT PROGRAM
300 EAST 33RD STREET, SUITE 4N
NEW YORK, NY 10016
+1(212) 686-8748 EIN # 13-388-9180 D-U-N-S 94-285-4266

10625

JPMORGAN CHASE BANK
NEW YORK, NEW YORK
1-2-210

11/17/2002

PAY TO THE
ORDER OF___ Silicon Graphics Inc.

$ **3,727.40

Three Thousand Seven Hundred Twenty-Seven and 40/100************************************************************************

**DOLLARS**

SGI
Accts. Dept.
NW #7786
PO Box 1450
Minneapolis, MN 55485-7786

MEMO

⑽010625⑽ ⑆021000021⑆ 1310758 7356 5⑽      ⑆0000372740⑆

CREDIT TO THE ACCOUNT
OF THE WITHIN NAMED
PAYEE WITHOUT PREJUDICE
FREMONT

021000021      01/13/03      MFB SF, CA 01102003
04064      1      TRACER# 3869 PKT# 019
686      9999      51      ▶1221052784
5300481746

000056

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G0981-12JAN05
Sequence number 0053481746 Posting date 13-JAN-03



# 4. CASI NIST CHECK 10640 to SGI for $5,000.00

**COMPUTER AIDED SURGERY, INC.**
NIST APT DMT PROGRAM
300 EAST 33RD STREET, SUITE 4N
NEW YORK, NY 10016
+1(212) 686-8748 EIN # 13-386-9180 D-U-N-S 94-285-4265

10640

JPMORGAN CHASE BANK
NEW YORK, NEW YORK
1-2-210

11/21/2002

PAY TO THE ORDER OF _Silicon Graphics Inc._    $ **5,000.00

Five Thousand and 00/100************************************************************************************

**DOLLARS**

SGI
Accts. Dept.
NW #7786
PO Box 1450
Minneapolis, MN 55485-7786

MEMO

⑈010640⑈ ⑇021000021⑈ 1310758 7356 5⑈ ⑆0000500000⑆

CREDIT TO THE ACCOUNT
OF THE WITHIN NAMED
PAYEE WITHOUT PREJUDICE
FREMONT

021000021   01/13/03   WFB SF, CA 01102003
      04064      1    TRACER# 3869 PKT# 019
686      9999      51   ▶1221052784◀
5300481747

000059

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G0981-12JAN05
Sequence number 0053481747  Posting date 13-JAN-03



# 5. CASI NIST CHECK 10660 to SGI for $5000.00

**COMPUTER AIDED SURGERY, INC.**

NIST APT DMT PROGRAM
300 EAST 33RD STREET, SUITE 4N
NEW YORK, NY 10016
+1(212) 686-8748 EIN # 13-388-9180 D-U-N-S 94-265-4266

JPMORGAN CHASE BANK
NEW YORK, NEW YORK
1-2-210

12/13/2002

10660

PAY TO THE
ORDER OF ___ Silicon Graphics Inc.

$ **100.79

One Hundred and 79/100 **************************************************************************

DOLLARS

SGI
Accts. Dept.
NW #7786
PO Box 1450
Minneapolis, MN 55485-7786

MEMO

⑈010660⑈ ⑊021000021⑊ 13107587356 5⑈ ⑊00000100 79⑊

CREDIT 9001
ENDORSEMENT
GUARANTEED

19-Jan-05                                                    0981-12JAN05

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G0981-12JAN05
Sequence number 0053152710  Posting date 31-DEC-02



# 6. CASI NIST CHECK 10787 to SGI for $4000.00



# COMPUTER AIDED SURGERY, INC.

NET UPTOWN PROGRAM
300, EAST 33RD STREET, SUITE 4N
NEW YORK, NY 10016
(212) 686-0748 EIN # 13-95-4160 CLAIMS 94-395-4399

10787

3/12/2003

JPMORGAN CHASE BANK
NEW YORK, NEW YORK
1-4-210

PAY TO THE
ORDER OF   Silicon Graphics Inc.

$ **4,000.00**

Four Thousand and 00/100************************************************************************** DOLLARS

MEMO

SGI
Accts Dept.
NW #7780
PO Box 1450
Minneapolis, MN 55485-7780

"010787" ":021000021": 1130107583935 5"

"000400000"

000065

# 7. CASI NIST CHECK 10817 to SGI for $5000.00

**COMPUTER AIDED SURGERY, INC.**
NIST APT DMT PROGRAM
300 EAST 33RD STREET, SUITE 4N
NEW YORK, NY 10016
+1(212) 686-8748 EIN # 13-388-9180 D-U-N-S 94-285-4286

**10817**

JPMORGAN CHASE BANK
NEW YORK, NEW YORK
1-2-210

2/20/2003

PAY TO THE
ORDER OF ___ Silicon Graphics Inc. ___ $ **5,000.00

Five Thousand and 00/100********************************************************************************************** DOLLARS

SGI
Accts. Dept.
NW #7786
PO Box 1450
Minneapolis, MN 55485-7786

MEMO ___ INV#

⑈010817⑈ ⑆021000021⑈ 13107587356 5⑈

---

**COMPUTER AIDED SURGERY, INC.**
NIST APT DMT PROGRAM

2/20/2003          **10817**

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 09/27/2002 | Bill | | 43,727.40 | 30,000.00 | | 5,000.00 |
| | | | | | Check Amount | 5,000.00 |

NIST ATP DMT Program

000067

5,000.00

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G0981-12JAN05
Sequence number 0030811155  Posting date 05-MAR-03



3030

# 8. CASI NIST CHECK 10837 to SGI for $5000.00



# 9. CASI NIST CHECK 10888 to SGI for $5000.00



COMPUTER AIDED SURGERY, INC.

PAY TO THE ORDER OF Silicon Graphics Inc

10988

000072

# 7. Karron Co-Funding Year 1 Schedule

# (.1) **GX112**



000075

# (.2) Schedule: Karron Co-Funding 1st Year

# GRANT SEIZED PURCHASES BY PAYMENT ACCOUNT
## 10/1/2001 through 9/30/2003

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|-----|--------|
| | | | | | OVERALL TO... | | | -35,899.36 |

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|-----|--------|
| 10/1/2001 - 12/31/2001 | | | | | | | | -5,597.65 |
| 1/1/2002 - 3/31/2002 | | | | | | | | -4,898.83 |
| 4/1/2002 - 6/30/2002 | | | | | | | | -11,373.88 |
| 7/1/2002 - 9/30/2002 | | | | | | | | -5,295.32 |
| 10/1/2002 - 12/31/2002 | | | | | | | | -2,583.38 |
| 1/1/2003 - 3/31/2003 | | | | | | | | -3,542.34 |
| 4/1/2003 - 6/30/2003 | | | | | | | | -2,195.21 |
| 7/1/2003 - 9/30/2003 | | | | | | | | -412.75 |

|  |  |
|--|--|
| OVERALL TOTAL | -35,899.36 |
| TOTAL INFLOWS | 3,449.62 |
| TOTAL OUTFLO... | -39,348.98 |
| NET TOTAL | -35,899.36 |

000078

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/5/2002 | CASI PayPal | | Arthur Corliss | SCANNERS | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | c | -80.00 |
| 1/1/2003 | CASI PayPal | | TechSono Engi... | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | | -99.00 |
| 3/25/2003 | AMEX GOLD Personal 76... | | ED JOBIN AG-...software | | ATP_EQUIPMENT:computer:service | NIST_ATP_EXPENSE:KARRON_OOP | R | -23.60 |
| 5/27/2002 | CASI AMEX GOLD 18004 | | IBL WWW.IBL... | | ATP_EQUIPMENT | | R | -22.00 |
| 12/6/2002 | CASI AMEX GOLD 18004 | | Corp Fulfillme... | Byte Library | computer | | R | -362.45 |
| 12/23/2002 | CASI AMEX GOLD 18004 | | I.R.I.S. Shop | | computer:software | | R | -99.99 |
| 12/26/2002 | CASI AMEX GOLD 18004 | | I.R.I.S. Shop | | computer:software | | R | -128.99 |
| 7/3/2003 | CASI AMEX GOLD 18004 | | I.R.I.S. Shop | | computer:software | | R | -129.99 |
| 9/3/2003 | CASI AMEX GOLD 18004 | | SPRINT PCS | | ATP_EQUIPMENT:computer | | R | -49.19 |
| 11/1/2001 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -254.98 |
| 1/14/2002 | CASI AMEX GOLD 18004 | | Homefront Har... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -75.75 |
| 1/4/2002 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -119.00 |
| 1/18/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -57.37 |
| 11/21/2001 | CASI AMEX GOLD 18004 | | Homefront Har... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -79.33 |
| 12/14/2001 | CASI AMEX GOLD 18004 | | Homefront Har... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -10.80 |
| 12/14/2001 | CASI AMEX GOLD 18004 | | Homefront Har... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -123.71 |
| 1/11/2002 | CASI AMEX GOLD 18004 | | Homefront Har... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -218.19 |
| 11/1/2001 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -18.00 |
| 11/2/2001 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -255.00 |
| 11/3/2001 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -168.57 |
| 11/8/2001 | CASI AMEX GOLD 18004 | | Mgi Digibuy W... | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -29.00 |
| 11/9/2001 | CASI AMEX GOLD 18004 | | Digital River Inc | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -107.90 |
| 11/9/2001 | CASI AMEX GOLD 18004 | | Borders Books | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -48.66 |
| 11/10/2001 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -343.59 |
| 11/14/2001 | CASI AMEX GOLD 18004 | | Antec Inc | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -299.74 |
| 11/15/2001 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -277.00 |
| 11/17/2001 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -402.63 |
| 11/19/2001 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -63.00 |
| 11/28/2001 | CASI AMEX GOLD 18004 | | Internet.com | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -14.95 |
| 11/29/2001 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -88.00 |
| 12/1/2001 | CASI AMEX GOLD 18004 | | J & R Sound Ltd | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -129.88 |
| 12/1/2001 | CASI AMEX GOLD 18004 | | J & R Sound Ltd | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -113.65 |
| 12/1/2001 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -358.00 |
| 12/4/2001 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -69.00 |
| 12/7/2001 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -563.00 |
| 12/9/2001 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -48.71 |
| 12/10/2001 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | 3.71 |
| 12/11/2001 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -119.45 |
| 12/13/2001 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | 54.11 |
| 12/13/2001 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -130.00 |
| 12/16/2001 | CASI AMEX GOLD 18004 | | Kips Bay Hard... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -21.64 |

## GRANT SEIZED PURCHASES BY PAYMENT ACCOUNT
### 10/1/2001 through 9/30/2003

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/27/2001 | CASI AMEX GOLD 18004 | | Staples | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -865.99 |
| 12/30/2001 | CASI AMEX GOLD 18004 | | Intuit QB Payroll | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -129.00 |
| 2/1/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -214.88 |
| 2/6/2002 | CASI AMEX GOLD 18004 | | Homefront Har... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -137.45 |
| 2/8/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -183.98 |
| 2/14/2002 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -40.00 |
| 2/26/2002 | CASI AMEX GOLD 18004 | | Icon Blue SGI ... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -10.83 |
| 3/7/2002 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -89.99 |
| 3/11/2002 | CASI AMEX GOLD 18004 | | IBM Direct | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -107.17 |
| 3/13/2002 | CASI AMEX GOLD 18004 | | Wacom Techno... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -171.29 |
| 3/13/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -190.52 |
| 3/20/2002 | CASI AMEX GOLD 18004 | | IBM Direct | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -572.64 |
| 3/20/2002 | CASI AMEX GOLD 18004 | | IBM Direct | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -431.92 |
| 3/21/2002 | CASI AMEX GOLD 18004 | | Www.adobe.co... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -767.39 |
| 3/22/2002 | CASI AMEX GOLD 18004 | | Homefront Har... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -25.96 |
| 3/27/2002 | CASI AMEX GOLD 18004 | | Digital River Inc | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -72.92 |
| 4/9/2002 | CASI AMEX GOLD 18004 | | GL Video | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -335.00 |
| 4/12/2002 | CASI AMEX GOLD 18004 | | WNT REG.NET | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -22.95 |
| 4/12/2002 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -344.00 |
| 4/16/2002 | CASI AMEX GOLD 18004 | | Homefront Har... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -181.45 |
| 4/16/2002 | CASI AMEX GOLD 18004 | | Homefront Har... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -24.19 |
| 4/18/2002 | CASI AMEX GOLD 18004 | | Homefront Har... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -30.69 |
| 4/19/2002 | CASI AMEX GOLD 18004 | | Kips Bay Hard... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -9.36 |
| 4/20/2002 | CASI AMEX GOLD 18004 | | Radio Shack | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -66.80 |
| 4/20/2002 | CASI AMEX GOLD 18004 | | Homefront Har... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -47.85 |
| 5/3/2002 | CASI AMEX GOLD 18004 | | McAffee.com | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -41.54 |
| 5/5/2002 | CASI AMEX GOLD 18004 | | Intuit Software | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -1,634.52 |
| 5/6/2002 | CASI AMEX GOLD 18004 | | Getinfo.elemen... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -15.63 |
| 5/7/2002 | CASI AMEX GOLD 18004 | | Techalchemy Llc | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -34.95 |
| 5/7/2002 | CASI AMEX GOLD 18004 | | Regsoft | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -32.94 |
| 5/8/2002 | CASI AMEX GOLD 18004 | | WNT*Reg.net | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -34.95 |
| 5/8/2002 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -881.98 |
| 5/10/2002 | CASI AMEX GOLD 18004 | | Intuit Software | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -744.46 |
| 5/10/2002 | CASI AMEX GOLD 18004 | | Intuit | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -343.62 |
| 5/11/2002 | CASI AMEX GOLD 18004 | | NAIESTORE | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -49.73 |
| 5/14/2002 | CASI AMEX GOLD 18004 | | Roxio Inc | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -105.90 |
| 5/15/2002 | CASI AMEX GOLD 18004 | | Regsoft.com Inc | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -25.00 |
| 5/20/2002 | CASI AMEX GOLD 18004 | | Eacceleration C... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -34.00 |
| 5/20/2002 | CASI AMEX GOLD 18004 | | Eacceleration C... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -36.00 |
| 5/20/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -142.89 |
| 5/21/2002 | CASI AMEX GOLD 18004 | | Intuit Software | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | 1,623.70 |
| 5/21/2002 | CASI AMEX GOLD 18004 | | IEEE-RENEW | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -229.48 |
| 5/23/2002 | CASI AMEX GOLD 18004 | | 3D FX Cool | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -86.30 |
| 5/23/2002 | CASI AMEX GOLD 18004 | | PC Modifications | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -96.90 |
| 5/24/2002 | CASI AMEX GOLD 18004 | | Black Box Corp | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -1,014.43 |

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/25/2002 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -149.95 |
| 5/29/2002 | CASI AMEX GOLD 18004 | | Subzero Techn... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -89.35 |
| 5/29/2002 | CASI AMEX GOLD 18004 | | Jasc Software | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -19.00 |
| 5/29/2002 | CASI AMEX GOLD 18004 | | IEEE-RENEW | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -36.00 |
| 5/31/2002 | CASI AMEX GOLD 18004 | | Sprintpcs Auto... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -105.00 |
| 6/1/2002 | CASI AMEX GOLD 18004 | | Buyuptime.com | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -850.99 |
| 6/5/2002 | CASI AMEX GOLD 18004 | | Buyuptime.com | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | 51.50 |
| 6/6/2002 | CASI AMEX GOLD 18004 | | Projector People | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -199.00 |
| 5/15/2002 | CASI AMEX GOLD 18004 | | Runtine Software | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -159.00 |
| 5/15/2002 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -345.94 |
| 6/1/2002 | CASI AMEX GOLD 18004 | | McAffee.com | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -31.15 |
| 5/29/2002 | CASI AMEX GOLD 18004 | | Internet.com | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -29.95 |
| 6/6/2002 | CASI AMEX GOLD 18004 | | Homefront Har... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -39.58 |
| 6/7/2002 | CASI AMEX GOLD 18004 | | Homefront Har... | | ATP_EQUIPMENT:hardware | NIST_ATP_EXPENSE-grant direct cost | R | -318.89 |
| 6/10/2002 | CASI AMEX GOLD 18004 | | Tecra Tools Inc | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -247.30 |
| 6/10/2002 | CASI AMEX GOLD 18004 | | Time Motion T... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -104.55 |
| 6/10/2002 | CASI AMEX GOLD 18004 | | Micro Mark S... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -139.95 |
| 6/11/2002 | CASI AMEX GOLD 18004 | | Internet.com | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | 29.95 |
| 6/11/2002 | CASI AMEX GOLD 18004 | | Jensen Tools | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | 34.54 |
| 6/11/2002 | CASI AMEX GOLD 18004 | | Sprint Pcs | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -205.00 |
| 6/11/2002 | CASI AMEX GOLD 18004 | | Jensen Tools | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -949.80 |
| 6/11/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -24.01 |
| 6/18/2002 | CASI AMEX GOLD 18004 | | Jensen Tools | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -34.54 |
| 6/19/2002 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -225.00 |
| 6/21/2002 | CASI AMEX GOLD 18004 | | Visioneer Corp | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -44.94 |
| 6/21/2002 | CASI AMEX GOLD 18004 | | Iris Inc | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -68.94 |
| 6/21/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -27.37 |
| 6/21/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -67.48 |
| 6/24/2002 | CASI AMEX GOLD 18004 | | Jensen Tools Inc | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -247.60 |
| 6/24/2002 | CASI AMEX GOLD 18004 | | Jensen Tools | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -33.00 |
| 6/25/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -20.81 |
| 6/26/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -2.37 |
| 6/28/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -58.60 |
| 7/3/2002 | CASI AMEX GOLD 18004 | | Microsoft Tech... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -245.00 |
| 7/3/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -17.33 |
| 7/5/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -349.97 |
| 7/6/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -39.39 |
| 7/1/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -58.52 |
| 7/6/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -448.17 |
| 6/25/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -23.01 |
| 7/3/2002 | CASI AMEX GOLD 18004 | | Kips Bay Hard... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -8.66 |
| 7/8/2002 | CASI AMEX GOLD 18004 | | Jensen Tools | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -3.00 |
| 7/10/2002 | CASI AMEX GOLD 18004 | | Sprintpcs | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | 105.00 |
| 7/12/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -140.67 |
| 7/25/2002 | CASI AMEX GOLD 18004 | | Kips Bay Hard... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -6.50 |

# GRANT SEIZED PURCHASES BY PAYMENT ACCOUNT
## 10/1/2001 through 9/30/2003

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|-----|--------|
| 7/25/2002 | CASI AMEX GOLD 18004 | | Sids Bike Shop | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -17.30 |
| 7/26/2002 | CASI AMEX GOLD 18004 | | Qpass | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -49.95 |
| 7/27/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -149.99 |
| 7/27/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -34.36 |
| 8/1/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -64.92 |
| 8/5/2002 | CASI AMEX GOLD 18004 | | Esellerate Sales | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -19.95 |
| 7/8/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -233.64 |
| 7/10/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | 116.50 |
| 7/10/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -65.98 |
| 7/12/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -5.99 |
| 7/13/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | 59.99 |
| 7/31/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -97.48 |
| 8/6/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -264.81 |
| 8/7/2002 | CASI AMEX GOLD 18004 | | Cables America | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -222.69 |
| 8/8/2002 | CASI AMEX GOLD 18004 | | Cables America | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -34.84 |
| 8/9/2002 | CASI AMEX GOLD 18004 | | Cables America | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -72.87 |
| 8/12/2002 | CASI AMEX GOLD 18004 | | Cables America | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -99.64 |
| 8/13/2002 | CASI AMEX GOLD 18004 | | Apple Computer | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -32.46 |
| 8/19/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -61.20 |
| 8/24/2002 | CASI AMEX GOLD 18004 | | Jensen Tools | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | 72.39 |
| 8/26/2002 | CASI AMEX GOLD 18004 | | Regsoft.com Inc | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -19.95 |
| 8/26/2002 | CASI AMEX GOLD 18004 | | Cables America | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -141.66 |
| 8/28/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -19.67 |
| 8/28/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -340.45 |
| 9/2/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -23.23 |
| 9/3/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -52.88 |
| 9/3/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -1.26 |
| 9/4/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -69.64 |
| 9/5/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -47.50 |
| 9/7/2002 | CASI AMEX GOLD 18004 | | Lumberland | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -9.90 |
| 8/23/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -3.99 |
| 8/26/2002 | CASI AMEX GOLD 18004 | | Regsoft.com Inc | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -39.95 |
| 9/13/2002 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -97.91 |
| 9/10/2002 | CASI AMEX GOLD 18004 | | Sprintpcs | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | 205.00 |
| 9/12/2002 | CASI AMEX GOLD 18004 | | Kips Bay Hard... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -34.38 |
| 9/14/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -40.51 |
| 9/17/2002 | CASI AMEX GOLD 18004 | | Wacom Techno... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -32.48 |
| 9/18/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -301.97 |
| 9/19/2002 | CASI AMEX GOLD 18004 | | Cables America | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -145.67 |
| 9/19/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -145.08 |
| 9/23/2002 | CASI AMEX GOLD 18004 | | Homefront Har... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -87.29 |
| 9/26/2002 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -309.76 |
| 9/27/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -3.24 |
| 9/28/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -74.98 |
| 9/30/2002 | CASI AMEX GOLD 18004 | | Cables America | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -413.88 |

GRANT SEIZED PURCHASES BY PAYMENT ACCOUNT
10/1/2001 through 9/30/2003

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|-----|--------|
| 10/7/2002 | CASI AMEX GOLD 18004 | | Cables America | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -90.80 |
| 9/29/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | 16.24 |
| 9/17/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -179.94 |
| 9/17/2002 | CASI AMEX GOLD 18004 | | Office Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -49.99 |
| 9/12/2002 | CASI AMEX GOLD 18004 | | Software For S... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -258.00 |
| 10/11/2002 | CASI AMEX GOLD 18004 | | Cables America | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -85.24 |
| 10/14/2002 | CASI AMEX GOLD 18004 | | Cables America | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -368.08 |
| 10/21/2002 | CASI AMEX GOLD 18004 | | Lands True Val... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -26.19 |
| 10/21/2002 | CASI AMEX GOLD 18004 | | Lands True Val... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -23.15 |
| 10/23/2002 | CASI AMEX GOLD 18004 | | Dymo Corporat... | | ATP_EQUIPMENT:computer:media | NIST_ATP_EXPENSE-grant direct cost | R | -19.95 |
| 10/24/2002 | CASI AMEX GOLD 18004 | | Town Camera ... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -210.89 |
| 11/2/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -203.46 |
| 11/5/2002 | CASI AMEX GOLD 18004 | | Qiosk.com | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -12.00 |
| 10/14/2002 | CASI AMEX GOLD 18004 | | Cables America | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -10.98 |
| 11/8/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -90.95 |
| 11/13/2002 | CASI AMEX GOLD 18004 | | Dymo Corporat... | | ATP_EQUIPMENT:computer:media | NIST_ATP_EXPENSE-grant direct cost | R | -77.15 |
| 12/2/2002 | CASI AMEX GOLD 18004 | | Wal-mart #3546 | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -89.64 |
| 12/12/2002 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -80.00 |
| 12/14/2002 | CASI AMEX GOLD 18004 | | Homefront Tru... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -16.70 |
| 12/17/2002 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -165.00 |
| 12/26/2002 | CASI AMEX GOLD 18004 | | Home Depot | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -30.72 |
| 12/30/2002 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -177.97 |
| 1/2/2003 | CASI AMEX GOLD 18004 | | Techalchemy Llc | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -2.00 |
| 1/6/2003 | CASI AMEX GOLD 18004 | | Sierra Wireless... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -55.22 |
| 1/14/2003 | CASI AMEX GOLD 18004 | | Coda Company | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -177.45 |
| 1/18/2003 | CASI AMEX GOLD 18004 | | N2p International | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -25.00 |
| 1/18/2003 | CASI AMEX GOLD 18004 | | N2p International | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -25.00 |
| 1/21/2003 | CASI AMEX GOLD 18004 | | N2p International | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | 25.00 |
| 1/22/2003 | CASI AMEX GOLD 18004 | | Digital River Inc | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -107.94 |
| 1/30/2003 | CASI AMEX GOLD 18004 | | Garmin Interna... | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -227.52 |
| 1/31/2003 | CASI AMEX GOLD 18004 | | IEEE-RENEW | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -302.14 |
| 1/31/2003 | CASI AMEX GOLD 18004 | | Perl Art & Craft | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -47.93 |
| 2/5/2003 | CASI AMEX GOLD 18004 | | Kennedy Tech... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -195.90 |
| 2/12/2003 | CASI AMEX GOLD 18004 | | Dymo Corporat... | | ATP_EQUIPMENT:computer:media | NIST_ATP_EXPENSE-grant direct cost | R | -150.00 |
| 2/10/2003 | CASI AMEX GOLD 18004 | | Garmin Interna... | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -122.65 |
| 2/13/2003 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -9.00 |
| 3/3/2003 | CASI AMEX GOLD 18004 | | Kennedy Tech... | return/refund | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | 189.95 |
| 3/3/2003 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -160.00 |
| 3/7/2003 | CASI AMEX GOLD 18004 | | Digital River Inc | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -99.99 |
| 3/17/2003 | CASI AMEX GOLD 18004 | | Columbia Hom... | | ATP_EQUIPMENT:hardware | NIST_ATP_EXPENSE-grant direct cost | R | -144.90 |
| 3/25/2003 | CASI AMEX GOLD 18004 | | Visioneer Corp | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -309.98 |
| 3/25/2003 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -339.97 |
| 3/26/2003 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -170.96 |
| 3/27/2003 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -148.00 |
| 4/1/2003 | CASI AMEX GOLD 18004 | | Intuit | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -90.82 |

GRANT SEIZED PURCHASES BY PAYMENT ACCOUNT
10/1/2001 through 9/30/2003

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/2/2003 | CASI AMEX GOLD 18004 | | Getinfo.elemen... | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -39.95 |
| 4/4/2003 | CASI AMEX GOLD 18004 | | Regnow Softw... | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -29.95 |
| 4/5/2003 | CASI AMEX GOLD 18004 | | Moonstruck Ea... | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -50.00 |
| 4/8/2003 | CASI AMEX GOLD 18004 | | Render | | ATP_EQUIPMENT:computer:service | NIST_ATP_EXPENSE-grant direct cost | R | -18.39 |
| 3/30/2003 | CASI AMEX GOLD 18004 | | Intuit | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -75.72 |
| 4/4/2003 | CASI AMEX GOLD 18004 | | Regnow Softw... | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -43.91 |
| 4/8/2003 | CASI AMEX GOLD 18004 | | Rhino Software... | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -89.95 |
| 4/25/2003 | CASI AMEX GOLD 18004 | | Micro Mark S... | | ATP_EQUIPMENT:tools | NIST_ATP_EXPENSE-grant direct cost | R | -36.20 |
| 4/28/2003 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -129.97 |
| 4/29/2003 | CASI AMEX GOLD 18004 | | Rhino Software... | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -34.95 |
| 5/2/2003 | CASI AMEX GOLD 18004 | | Visioneer Corp | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | 75.00 |
| 5/2/2003 | CASI AMEX GOLD 18004 | | Visioneer Corp | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | 75.00 |
| 5/6/2003 | CASI AMEX GOLD 18004 | | Naiestore | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -71.38 |
| 5/8/2003 | CASI AMEX GOLD 18004 | | Cables America | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -255.72 |
| 5/10/2003 | CASI AMEX GOLD 18004 | | Rhino Software... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -47.96 |
| 5/11/2003 | CASI AMEX GOLD 18004 | | Radio Shack | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -206.60 |
| 5/12/2003 | CASI AMEX GOLD 18004 | | Techalchemy Llc | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -19.95 |
| 5/13/2003 | CASI AMEX GOLD 18004 | | Sierra Wireless... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -104.74 |
| 5/16/2003 | CASI AMEX GOLD 18004 | | Network Soluti... | | ATP_EQUIPMENT:computer:internet | NIST_ATP_EXPENSE-grant direct cost | R | -95.00 |
| 5/22/2003 | CASI AMEX GOLD 18004 | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -199.97 |
| 6/6/2003 | CASI AMEX GOLD 18004 | | West Marine | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -68.33 |
| 5/30/2003 | CASI AMEX GOLD 18004 | | Amazon.com | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -34.89 |
| 6/16/2003 | CASI AMEX GOLD 18004 | | ACM | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -198.00 |
| 6/23/2003 | CASI AMEX GOLD 18004 | | 222.adobe.com | | ATP_EQUIPMENT:computer:software | NIST_ATP_EXPENSE-grant direct cost | R | -168.13 |
| 8/12/2003 | CASI AMEX GOLD 18004 | | Www.grainger | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -84.45 |
| 6/21/2002 | CASI AMEX GOLD S&T ... | | Rackit Technol... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -1,366.00 |
| 1/17/2003 | CASI AMEX GOLD S&T ... | | Datavision | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -599.99 |
| 10/1/2001 | CHASE MC 81872-Person... | | DUANE REA... | batteries | ATP_EQUIPMENT:computer:media | | R | -13.51 |
| 10/1/2001 | CHASE MC 81872-Person... | | I R I S Inc | iris OCR | ATP_EQUIPMENT:computer:software | | R | -408.22 |
| 10/3/2001 | CHASE MC 81872-Person... | | Dr *Symantec ... | norton system ... | ATP_EQUIPMENT:computer:software | | R | -77.40 |
| 10/10/2001 | CHASE MC 81872-Person... | | American Medi... | American Me... | computer | | R | 288.00 |
| 10/10/2001 | CHASE MC 81872-Person... | | American Medi... | return shippin... | computer | | R | 34.99 |
| 11/1/2001 | CHASE MC 81872-Person... | | Datavision | return modem... | ATP_EQUIPMENT:computer | | R | 334.98 |
| 11/13/2001 | CHASE MC 81872-Person... | | Rn *Real.Com ... | netzip, should ... | ATP_EQUIPMENT:computer:software | | R | -69.98 |
| 11/19/2001 | CHASE MC 81872-Person... | | Mindmaker, Inc | speaking soft... | ATP_EQUIPMENT:computer:service | | R | -69.90 |
| 1/10/2002 | CHASE MC 81872-Person... | | Temporary Cre... | QPASS credit | computer | | R | 54.07 |
| 4/12/2002 | CHASE MC 81872-Person... | | Www.R-Tt.Co... | recovery studio | ATP_EQUIPMENT:computer:software | | R | -179.99 |
| 1/31/2002 | CHASE MC 81872-Person... | | QPass | online reprint ... | computer | | R | -54.07 |
| 1/20/2003 | CHASE MC 81872-Person... | | Time Archive ... | time archive a... | ATP_EQUIPMENT:computer | | R | -54.07 |
| 8/31/2003 | CHASE MC 81872-Person... | | Wal Mart | | ATP_EQUIPMENT:computer | | R | -97.62 |
| 10/9/2001 | CHASE MC 81872-Person... | S | Columbia Hom... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE:KARRON_OOP | R | -500.00 |
| | | | | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE:KARRON_OOP | R | -41.25 |

# GRANT SEIZED PURCHASES BY PAYMENT ACCOUNT
## 10/1/2001 through 9/30/2003

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/30/2003 | Office Depot CC 0647 | 505050862000 | TRN 0530 050... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -77.28 |
| 6/17/2003 | Office Depot CC 0647 | 505010544000 | MOUSE,OPTI... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -54.30 |
| 12/4/2002 | Office Depot CC 0647 | 505042083000S | | | ATP_EQUIPMENT:computer:media | NIST_ATP_EXPENSE-grant direct cost | R | -122.87 |
| 12/12/2002 | Office Depot CC 0647 | 505011316000 | | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -90.21 |
| 6/27/2003 | Office Depot CC 0647 | 505149276000 | CARTRIDGE,... | | ATP_EQUIPMENT:computer:media | NIST_ATP_EXPENSE-grant direct cost | R | -70.56 |
| 6/17/2003 | Office Depot CC 0647 | 505010543000 | KEYBOARD,... | | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | R | -108.31 |
| 9/19/2003 | Cash Account-Cash Recepts | | One Stop Busin...printer repair | | ATP_EQUIPMENT:computer:service | NIST_ATP_EXPENSE:KARRON_OOP | | -51.50 |
| 1/27/2002 | Bose Research | P1027732  S | Bose Research | headset,aircra... | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | | -995.00 |
| | | | | Quiet Comfort... | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | | -299.00 |
| | | | | Shipping and ... | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | | -10.00 |
| | | | | Sales Tax | ATP_EQUIPMENT:computer | NIST_ATP_EXPENSE-grant direct cost | | -107.58 |
| 1/3/2003 | Coffee Distributing Corp | 862808 | Coffee Distribu... | | ATP_EQUIPMENT | | | -83.36 |
| | | | | | | **OVERALL TOTAL** | | **-35,899.36** |

# (.3) Karron Co-Funding Check 1166

**1166**

**D. B. KARRON, PH.D.**
SS #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 VOICE (212) 686-8748
300 EAST 33RD STREET, APARTMENT 4N
NEW YORK, NEW YORK 10016

THE CHASE MANHATTAN BANK
NEW YORK, NY 10016
1-3-210

1/22/2003

PAY TO THE
ORDER OF... Computer Aided Surgery, Inc.                    $ **2,000.00**

Two Thousand and 00/100************************************************* DOLLARS

Computer Aided Surgery, Inc.
300 East 33rd Street
Suite 4N
New York, New York 10016

VOID IF NOT CASHED IN 30 DAYS

MEMO   NIST Contribution

⑆001166⑆ ⑈021000021⑈ 131068496665⑈          ⑇0000 200000⑇

FOR DEPOSIT ONLY
TO THE ACCOUNT OF
COMPUTER AIDED SURGERY, INC.
d/b/a CASI
# 13·106·829·9665

000087

02100002I    01/23/03
083   0131      51

# (.4) Karron Co-Funding Check 5339

DR. D. B. KARRON
SSN 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
PH. 212-686-8748
300 E. 33RD ST., APT. 4N
NEW YORK, NY 10016

5339

1-2/210

DATE 18 MAR 2002

PAY TO THE ORDER OF Commuter Aided Surgery          $ 2,000 00

Two Thousand and oo/100                              DOLLARS

CHASE
JPMorgan Chase Bank
450 Third Avenue
New York, NY 10016

MEMO Comma s t Cost

⑈021000021⑈ 133068491665⑈ 5339 ⑈000020000000⑈

CHASE
131 0482994665

720000001375

02100021
6392S
483    4131    1    51    05/18/03

230033585339    720000001375

# (.5) **Karron Co-Funding Check 5341**

DR. D. B. KARRON
SSN 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
PH. 212-685-5748
300 E 33RD ST., APT. 4N
NEW YORK, NY 10016

5341

$\frac{1-2}{210}$

DATE 25 MARCH

PAY TO THE ORDER OF _Computer Aided Surgery LLC_ $ 100.00

_ONE THOUSAND_ and 00/100 _____ DOLLARS

O CHASE
Chemical Chase Bank
450 Third Avenue
New York, NY 10016

MEMO _Open Rent_

⑆021000021⑆ 13 1068491655⑈ 5341 ⑈0000 100000⑈

17 CHASE 665
Deposit Only
1310 771 33 165

⑆021⑆    ⑆21⑆

MAR 25 '03

021000021    03/25/03
02862    1    51
083    0131

5200410347200115212

000091

# (.6) **Karron Co-Funding Check 1222**



Did you know you can pay your bills online?
Pay almost anyone, anytime - **it's fast, easy and FREE!**

You can view 13 months of payment history, so keeping track of payments is simple. Simply click "Payments and Transfers" to get started now. Or, for more information, visit chase.com/ease.

# (.7) **Karron**

# **Co-Funding**

# **Check 1228**

1228

**D. B. KARRON, PH.D.**
SS #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  VOICE: (212) 686-8748
300 EAST 33RD STREET, APARTMENT 4N
NEW YORK, NEW YORK 10016

THE CHASE MANHATTAN BANK
NEW YORK, NY  10016
1-2-210

7/9/2003

PAY TO THE
ORDER OF___CASI LLC_____

\$ **20,000.00

Twenty Thousand and 00/100•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••**DOLLARS**

CASI LLC

VOID IF NOT CASHED IN 30 DAYS

MEMO    NIST ATP Program Contribution

⑈0012288⑈ ⑆0210000211⑉131068491665⑈        ⑈0002000000⑈

000095



CASI LLC

13107133165

J206    $560.0

J.P. MORGAN CHASE BANK
800 333-8190
CB 204
4 CFC
BRKLYN, NY 11245
▶ 021000021 ◀

JL -9 03

72001004470

51
07/09/03
013
081
0290020
0499

# (.8) **Karron Co-Funding Check 1142**

1142

**D. B. KARRON, PH.D.**
98-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 VOICE: (212) 686-8748
300 EAST 33RD STREET, APARTMENT 4N
NEW YORK, NEW YORK 10016

THE CHASE MANHATTAN BANK
NEW YORK, NY 10016
1-3-210

10/31/2002

PAY TO THE
ORDER OF _____ Computer Aided Surgery, Inc.

$ **5,000.00**

**Five Thousand and 00/100**

DOLLARS

VOID IF NOT CASHED IN 30 DAYS

Computer Aided Surgery, Inc.
300 East 33rd Street
Suite 4N
New York, New York 10016

MEMO

"00 &&42"  ":O 2&0000 2 &": 13&0684 9 &665"  "0000 500000"

FOR DEPOSIT ONLY
TO THE ACCOUNT OF
COMPUTER AIDED SURGERY, INC.
d/b/a CASI
# 13-106-829-9665

JP MORGAN CHASE BANK

000098

# (.9) Karron

# Co-Funding

# Check 1243

**D. B. KARRON, PH.D.**
SS #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 VOICE: (212) 686-8748
300 EAST 33RD STREET, APARTMENT 4N
NEW YORK, NEW YORK 10016

1243

THE CHASE MANHATTAN BANK
NEW YORK, NY 10016
1-3-210

8/13/2003

PAY TO THE
ORDER OF ___ CASI LLC

$ **25,000.00**

Twenty-Five Thousand and 00/100 ·················································· **DOLLARS**

CASI LLC
300 East 33rd Street Suite 4n
New York, NY 10016

MEMO

VOID IF NOT CASHED IN 30 DAYS

**8-5**

⑈00⑈243⑈ ⑆0210000⑇2⑇: 13306849⑈665⑈ ⑆000250000⑈

CASI LLC
131 077 133/65
depost only

1556    72051

JP MORGAN CHASE BANK
EB-115-0338
CB3                        C3 555
NEW YORK, NY 110'5
►021000021◄

AG 15 03

08/15/03
669   031   11   51
340655936 0600108355

000100

# (.10) **Karron Co-Funding Check 1152**

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G1738-04AUG04
Sequence number 0081813965  Posting date 04-DEC-02



D. B. KARRON, PH.D.
SS #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  VOICE: (212) 686-8748
300 EAST 33RD STREET, APARTMENT 9N
NEW YORK, NEW YORK 10016

THE CHASE MANHATTAN BANK
NEW YORK, NY 10036
1-8/910

1152

11/21/2002

PAY TO THE
ORDER OF    Computer Aided Surgery, Inc.                    $ **2,500.00

Two Thousand Five Hundred and 00/100                        DOLLARS

Computer Aided Surgery, Inc.
300 East 33rd Street
Suite 4N
New York, New York 10016                    VOID IF NOT CASHED IN 90 DAYS

MEMO   October Contribution

⑈00 1 1 52⑈  ⑆0 2 1 0000 2 1⑆  1 3 4058 4 7 1 685⑈          /0000.250000/

12 NOV 02   12/4/02
4262
N3      #N1      31
8100813965

1787

# (.11) **Karron Co-Funding Check 1153**

**D. B. KARRON, PH.D.**
Bg #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 VOICE: (212) 686-8748
300 EAST 33RD STREET, APARTMENT 4N
NEW YORK, NEW YORK 10016

1153

THE CHASE MANHATTAN BANK
NEW YORK, NY 10016
1-8-210

11/22/2002

PAY TO THE
ORDER OF ___ Computer Aided Surgery, Inc. _____ $ **2,500.00

Two Thousand Five Hundred and 00/100 ════════════════════════════════ **DOLLARS**

VOID IF NOT CASHED IN 30 DAYS

Computer Aided Surgery, Inc.
300 East 33rd Street
Suite 4N
New York, New York 10016

MEMO  November Contribution

⑈0011531⑈ ⑈0210000211:1310581916651⑈                    ⑈00002500001⑈

JP MORGAN C.B 'E ''''.
0003737923
4.""3                ;.::)
HALEN, '''''''''
▷0210CC 321 4

[''.::2

000104

# (.12) **Karron Co-Funding Check 1154**

1154

**D. B. KARRON, PH.D.**
SS #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 VOICE: (212) 686-8746
300 EAST 33RD STREET, APARTMENT 4N
NEW YORK, NEW YORK 10016

THE CHASE MANHATTAN BANK
NEW YORK, NY 10016
1-2-210

12/1/2002

PAY TO THE
ORDER OF_____ Computer Aided Surgery, Inc. _____ $ **2,500.00

Two Thousand Five Hundred and 00/100********************************************************************************************
DOLLARS

Computer Aided Surgery, Inc.
300 East 33rd Street
Suite 4N
New York, New York 10016

VOID IF NOT CASHED IN 30 DAYS

MEMO    December Contribution

⑈0011541⑈ ⑈021000021⑈1310684916651⑈           ⑈0000250000⑈

021066021
67676
12/12/02
1
683       0131      31
4000768453 7100102396

# 8. Karron 75K Payroll Advance and Repayment

# (.1) **Subsectio**

# **n (rr)**

institutions. "Research" is defined as a systematic study directed toward fuller scientific knowledge or understanding of the subject studied. "Development" is the systematic use of knowledge and understanding gained from research directed toward the production of useful materials, devices, systems, or methods, including design and development of prototypes and processes. The term research also includes activities involving the training of individuals in research techniques where such activities utilize the same facilities as other research and development activities and where such activities are not included in the instruction function.

(hh) *Small awards* means a grant or cooperative agreement not exceeding the small purchase threshold fixed at 41 U.S.C. 403(11) (currently $100,000).

(ii) *Subaward* means an award of financial assistance in the form of money, or property in lieu of money, made under an award by a recipient to an eligible subrecipient or by a subrecipient to a lower tier subrecipient. The term includes financial assistance when provided by any legal agreement, even if the agreement is called a contract, but does not include procurement of goods and services nor does it include any form of assistance which is excluded from the definition of "award" in paragraph (f) of this section.

(jj) *Subrecipient* means the legal entity to which a subaward is made and which is accountable to the recipient for the use of the funds provided. The term may include foreign or international organizations (such as agencies of the United Nations) at the discretion of the DoC.

(kk) *Supplies* means all personal property excluding equipment, intangible property, and debt instruments as defined in this section, and inventions of a contractor conceived or first actually reduced to practice in the performance of work under a funding agreement ("subject inventions"), as defined in 37 CFR part 401, "Rights to Inventions Made by Nonprofit Organizations and Small Business Firms Under Government Grants, Contracts, and Cooperative Agreements."

(ll) *Suspension* means an action taken by the Grants Officer after coordina-

tion with the DoC operating unit that temporarily withdraws Federal sponsorship under an award, pending corrective action by the recipient or pending a decision to terminate the award by the Grants Officer. Suspension of an award is a separate action from suspension under DoC regulations at 15 CFR part 26 implementing E.O.s 12549 and 12689, "Debarment and Suspension."

(mm) *Termination* means the cancellation by the Grants Officer of Federal sponsorship, in whole or in part, under an agreement at any time prior to the date of completion.

(nn) *Third party in-kind contributions* means the value of non-cash contributions provided by non-Federal third parties. Third party in-kind contributions may be in the form of real property, equipment, supplies and other expendable property, and the value of goods and services directly benefiting and specifically identifiable to the project or program.

(oo) *Unliquidated obligations*, for financial reports prepared on a cash basis, means the amount of obligations incurred by the recipient that have not been paid. For reports prepared on an accrued expenditure basis, they represent the amount of obligations incurred by the recipient for which an outlay has not been recorded.

(pp) *Unobligated balance* means the portion of the funds authorized by the DoC that has not been obligated by the recipient and is determined by deducting the cumulative obligations from the cumulative funds authorized.

(qq) *Unrecovered indirect cost* means the difference between the amount awarded and the amount which could have been awarded under the recipient's approved negotiated indirect cost rate.

(rr) *Working capital advance* means a procedure whereby funds are advanced to the recipient to cover its estimated disbursement needs for a given initial period.

## § 14.3 Effect on other issuances.

For awards subject to this part, all administrative requirements of codified program regulations, program manuals, handbooks and other non-regulatory materials which are inconsistent with the requirements of this

# (.2) Salary Advance and Repayment Schedule

# Capital Advance and Repayment

| Date | Num | Payee/Description | Memo | Net Check Amount | Loan | Repayment | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | $ - |
| 10/1/2001 | | Project Start | | | | | |
| 10/11/2001 | DEP 1006 | Computer Aid Surgery Inc | 2001-10-22 statement | $ (2,000.00) | | $ (2,000.00) | $ (2,000.00) |
| 10/14/2001 | 2953 | D B Karron, Ph.D. | | $ (300.00) | $ 300.00 | | $ (1,700.00) |
| 10/26/2001 | 2962 | D B Karron | 2001-11-23 statement | $ 75,000.00 | $ 75,000.00 | | $ 73,300.00 |
| 12/4/2001 | DEP 5189 | Computer Aided Surgery | 2001-12-21 statement | $ (5,000.00) | | $ (5,000.00) | $ 68,300.00 |
| 8/2/2002 | DEP 1040: | D B Karron | BELINDA Ex 110 pg 39 of 44 | $ 5,675.03 | | $ (30,000.00) | $ 38,300.00 |
| 8/16/2002 | DEP 1122 | Computer Aided Surgery | 2002-08-23 statement | $ (1,000.00) | | $ (1,000.00) | $ 37,300.00 |
| 9/30/2002 | DEP JRNL | D B Karron | no pay paycheck: payoff advan | $ - | | $ (37,334.19) | $ (34.19) |
| 9/30/2002 | | First Year End | | | | | |

# (.3) Program Purchases during Program on

# Karron

# Personal

# 9. Karron Co-Funding Year 2 Schedule

# Karron Co-Funding 2n Year by Check
## 10/1/2002 through 9/30/2003

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|-----|--------|
| 11/1/2002 | CASI_CASH-c...1142 | | Computer Aide... | | [CHASE CHE... | | | 5,000.00 |
| 11/21/2002 | CASI_CASH-c...1152 | | Computer Aide... | October Contr... | [CHASE CHE... | | | 2,500.00 |
| 11/22/2002 | CASI_CASH-c...1153 | | Computer Aide... | November Co... | [CHASE CHE... | | | 2,500.00 |
| 12/1/2002 | CASI_CASH-c...1154 | | Computer Aide... | December Co... | [CHASE CHE... | | | 2,500.00 |
| 1/22/2003 | CASI_CASH-c...1166 | | Computer Aide... | CASI NIST C... | [CHASE CHE... | | | 2,000.00 |
| 3/18/2003 | CASI_CASH-c...5339 | | Computer Aide... | co-funding | [CHASE CHE... | | | 2,000.00 |
| 3/25/2003 | CASI_CASH-c...5341 | | Computer Aide... | open account | [CHASE CHE... | | | 1,000.00 |
| 6/24/2003 | CASI_CASH-c...1222 | | CASI LLC | Match Payment | [CHASE CHE... | | | 1,000.00 |
| 7/9/2003 | CASI_CASH-c...1228 | | CASI LLC | CASI NIST A... | [CHASE CHE... | | | 20,000.00 |
| 8/14/2003 | CASI_CASH-c...1243 | | CASI LLC | CASI NIST A... | [CHASE CHE... | | | 25,000.00 |
| **10/1/2002 - 9/30/2003** | | | | | | | | **63,500.00** |

| | |
|---|---|
| **TOTAL INFLOWS** | **63,500.00** |
| **TOTAL OUTFLO...** | **0.00** |
| **NET TOTAL** | **63,500.00** |

# (.1) GX113



CASI Bank Accounts Source Of Funds Year 2
(10/1/2002 -6/30/2003)

■ NIST ATP Grant
■ Miscellaneous Deposits

GOVERNMENT
EXHIBIT
113
07 CR. 541 (RPP)

# (.2) **Karron Check 1142 for $5000**

**D. B. KARRON, PH.D.**
98-4064-43-0448 VOICE: (212) 686-8748
300 EAST 33RD STREET, APARTMENT 4N
NEW YORK, NEW YORK 10016

1142

THE CHASE MANHATTAN BANK
NEW YORK, NY 10016
1-3-210

10/31/2002

PAY TO THE
ORDER OF _____ Computer Aided Surgery, Inc. _____ **\*5,000.00**

X Five Thousand and 00/100 _____ **DOLLARS**

Computer Aided Surgery, Inc.
300 East 33rd Street
Suite 4N
New York, New York 10016

VOID IF NOT CASHED IN 30 DAYS

MEMO _____

⑆00⅃⅃42⑈ ⑆0210000 2⑆ 133068491665⑈ ⑈0000500000⑈

FOR DEPOSIT ONLY
TO THE ACCOUNT OF
COMPUTER AIDED SURGERY, INC.
d/b/a CASI
# 13-106-829-9665

000119

# (.3) Karron Check 1152 for $2,500

·12-Aug-04

0448-11AUG04

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G1738-04AUG04
Sequence number 0081813965  Posting date 04-DEC-02

D. B. KARRON, PH.D.
SS #054-xx-xxxx  VOICE: (212) 886-8788
300 EAST 33RD STREET, APARTMENT 4N
NEW YORK, NEW YORK 10016

1152

THE CHASE MANHATTAN BANK
NEW YORK, NY 10036
1-8/710

11/01/2002

PAY TO THE
ORDER OF   Computer Aided Surgery, Inc.

$ *2,500.00

Two Thousand Five Hundred and 00/100

DOLLARS

Computer Aided Surgery, Inc.
300 East 33rd Street
Suite 4N
New York, New York 10016

VOID IF NOT CASHED IN 90 DAYS

MEMO   October Contribution

⑈001152⑈ ⑆021000021⑈ 134806491665⑈        ⑈0000250000⑈

8100813965

# (.4) Karron Check 1153 for $2,500

1153

**D. B. KARRION, PH.D.**
88 #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  VOICE: (212) 889-8748
300 EAST 33RD STREET, APARTMENT 4N
NEW YORK, NEW YORK 10016

THE CHASE MANHATTAN BANK
NEW YORK, NY 10016
1-3-210

11/22/2002

PAY TO THE
ORDER OF _____ Computer Aided Surgery, Inc.

$ **2,500.00**

Two Thousand Five Hundred and 00/100════════════════════════════════════════════  **DOLLARS**

Computer Aided Surgery, Inc.
300 East 33rd Street
Suite 4N
New York, New York 10018

VOID IF NOT CASHED IN 30 DAYS

MEMO  November Contribution

⑃0011153⑃ ⑃02100002⑃ ⑃313106819 1665⑃          ⑃0000 250000⑃

7 3 3        6

JP MORGAN C. P. TE 733E
003-3727903
4 r:73            (. :3)
MA.TN, NY 11033
▷0210CC Jɔ1-4

[· ·.:.2

62W#62}      12/18/42
00996         1        51
083  4131
30002SS200S 7A00003004

# (.5) Karron Check 1154 for $2,500

1154

**D. B. KARRON, PH.D.**
SS #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  VOICE: (212) 686-8748
300 EAST 33RD STREET, APARTMENT 4N
NEW YORK, NEW YORK 10016

THE CHASE MANHATTAN BANK
NEW YORK, NY  10016
1-2-210

12/1/2002

PAY TO THE
ORDER OF     Computer Aided Surgery, Inc.                                      $ **2,500.00

Two Thousand Five Hundred and 00/100**************************************************************** DOLLARS

Computer Aided Surgery, Inc.
300 East 33rd Street
Suite 4N
New York, New York 10016

VOID IF NOT CASHED IN 30 DAYS

MEMO    December Contribution

⑈0011154⑈  ⑉0210000211⑊131068491665⑈        ⑉0000250000⑈

---

CAST
131 C68249665

021066821    12/12/02
876/6        1
883        9131        51
4000768453  7100102396

# (.6) Karron Check 1166 for $2,000

**D. B. KARRON, PH.D.**
SS #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 VOICE: (212) 686-8748
300 EAST 33RD STREET, APARTMENT 4N
NEW YORK, NEW YORK 10016

1166

THE CHASE MANHATTAN BANK
NEW YORK, NY 10016
1-3-210

1/22/2003

PAY TO THE
ORDER OF ___ Computer Aided Surgery, Inc. _____ $ **2,000.00

Two Thousand and 00/100******************************************** DOLLARS

Computer Aided Surgery, Inc.
300 East 33rd Street
Suite 4N
New York, New York 10016

VOID IF NOT CASHED IN 30 DAYS

MEMO   NIST Contribution

⑈0011⑈6⑈ ⑈0 2⑈0000 2⑈ ⑈13 10⑈8⑈9⑈665⑈

⑈0000 200000⑈

FOR DEPOSIT ONLY
TO THE ACCOUNT OF
COMPUTER AIDED SURGERY, INC.
d/b/a CASI
# 13-106-829-9665

02100021   01/23/03
003   0131   51

000127

# (.7) Karron Check 5339 for $2,000

DR. D. B. KARRON
SSN 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
PH. 212-684-5749
300 E. 33RD ST., APT. 4N
NEW YORK, NY 10016

1-2/210

DATE 18 MARCH 2002

PAY TO THE ORDER OF Gnomic Ruled Surgery

$ 2000 00/100

Two Thousand and 00/100 DOLLARS

CHASE
JPMorgan Chase Bank
450 Third Avenue
New York, NY 10016

MEMO Consultant CASH

�semic:021000021④:13 3068496665⑧  5339  ⑤0000200000⑧

CLASF
131 0682994665

03/18/03

000129

# (.8) Karron

# Check 5341

# for $1,000

DR. D. B. KARRON
SSN 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
PH. 212-686-8748
300 E 33RD ST., APT. 4N
NEW YORK, NY 10016

5341

$\frac{1-2}{210}$

DATE 2 SMARCH

PAY TO THE ORDER OF _Computer Aidsd Surgery CLC_  $ 100⁰⁰

_ONE THOUSAND_ _and 00/100_ DOLLARS

CHASE
JPMorganff Chase Bank
460 Third Avenue
New York, NY 10016

MEMO _Open Acct_

⑆0 2 10000 2 ⑈: 13 106849 1665⑈ 5341 ⑆0000 100000⑈

17 /44 S 5 6-665
Deposit Oy
1310 7733165
⑆02:...:...⁊4⑆

v-- 25 ⁊9

02100021    03/25/03
02062    1    51
083    #131

52004100497240015272

000131

# (.9) Karron check 1222 for $1000.



**CHASE** THE RIGHT RELATIONSHIP IS EVERYTHING.®

D. B. KARRON, PH.D.
[illegible address]
300 EAST 33RD STREET, APARTMENT 4N
NEW YORK, NEW YORK 10016

THE CHASE MANHATTAN BANK
NEW YORK, NY 10016
1-8-910

6/24/2001

1222

PAY TO THE ORDER OF CASI LLC

$ **1,000.00

One Thousand and 00/100 *********************** DOLLARS

CASI LLC
300 East 33rd Street
Suite 4N
New York, New York 10016

VOID IF NOT CASHED IN 90 DAYS

MEMO Match Payment

⑈0001222⑈ ⑆021000021⑆ 3310684916655⑈

/0000100000/

Did you know you can pay your bills online?
Pay almost anyone, anytime - **it's fast, easy and FREE!**

You can view 13 months of payment history, so keeping track of payments is simple. Simply click "Payments and Transfers" to get started now. Or, for more information, visit chase.com/ease.

# (.10) **Karron**

# **check 1228**

# **for $20,000**

1228

**D. B. KARRON, PH.D.**
SS #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  VOICE: (212) 686-8748
300 EAST 33RD STREET, APARTMENT 4N
NEW YORK, NEW YORK  10016

THE CHASE MANHATTAN BANK
NEW YORK, NY  10016
1-2-210

7/9/2003

PAY TO THE
ORDER OF___CASI LLC_____ $ **20,000.00

Twenty Thousand and 00/100••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••• DOLLARS

CASI LLC

VOID IF NOT CASHED IN 30 DAYS

MEMO    NIST ATP Program Contribution

⑈0012288⑈ ⑆0210000210⑈ 13106849166 5⑈          ⑈000 2000000⑈

000135

CASI LLC

1310713316S

JP MORGAN CHASE BANK
P.O. 222-5190
4 CHC
CB 206
BKLYN, NY 11245

▶021000021◀

JL -9 03

0206 5601 0

7250100470

021000470

000136

# (.11) **Karron**

# **Check 1243**

# **for $25,000**

1243

**D. B. KARRION, PH.D.**
SS #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 VOICE: (212) 686-8748
300 EAST 33RD STREET, APARTMENT 4N
NEW YORK, NEW YORK 10016

THE CHASE MANHATTAN BANK
NEW YORK, NY 10016
1-3-210

8/13/2003

PAY TO THE
ORDER OF ___ CASI LLC

Twenty-Five Thousand and 00/100******************************

**$** **25,000.00**

**DOLLARS**

CASI LLC
300 East 33rd Street Suite 4n
New York, NY 10016

MEMO

VOID IF NOT CASHED IN 30 DAYS

⑈⑈0012443⑈ ⑆021000021⑈ 1330684916655⑈

'000052000'

CASI LLC
131 077 133/65
depost only

1556    72 051

JP MORGAN CHASE BANK
222212158
CR3             C3 555
NEW YORK, NY 11015
⑈021000021 ◄

AUG 15 03    ————

34006555536 0600 1083335

000138

# 10. The Rent and GX110 and GX114

# (.1) GX110 In

# Essential Part

none
# Government Exhibit 110

| ID | Description | Date | Check # | Check Memo | | Total |
|----|-------------|------|---------|------------|---|-------|
| 1204 | D. Ferrand | 10/10/2002 | 10508 | (Cleaning (office) week of ?/?/2002 - ?/?/2002) | | -100.00 |
| 1205 | D. Ferrand | 10/10/2002 | 10509 | (Cleaning (office) week of ?/?/2002 - ?/?/2002) | | -100.00 |
| | *Dr. Karron* | | | *(60 detail records)* | *Sum* | *-188,143.58* |
| | Loan | | | (15 detail records) | Sum | -129,850.00 |
| 1058 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 10/17/2001 | 2953 | Per Check Register -Capital Loan | | -300.00 |
| 1083 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 10/23/2001 | 2961 | Emergency Loan | | -300.00 |
| 1059 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 10/26/2001 | 2962 | Per Check Register - Salary Advance | | -75,000.00 |
| 1061 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 12/21/2001 | 3103 | Per Check Register - DBK (Vendor) Capital Loan NIST | | -500.00 |
| 1072 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 3/1/2002 | 3144 | Per Check Register - DBK (Vendor) Capital Loan NIST (per GL Loan Repay-CASI ACCT) | | -1,000.00 |
| 1073 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 3/1/2002 | 3145 | Per Check Register - DBK (Vendor) Capital Loan NIST(per GL Loan Repay-CASI ACCT) | | -5,000.00 |
| 1074 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 3/7/2002 | 3151 | Per Check Register - DBK (Vendor) Capital Loan NIST | | -5,000.00 |
| 1075 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 3/12/2002 | 3153 | Per Check Register - DBK (Vendor) Capital Loan NIST | | -4,000.00 |
| 1098 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 3/25/2002 | 3155 | (Karron Draw)(per GL DBK Loan) | | -2,000.00 |
| 1076 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 4/1/2002 | 3160 | Per Check Register - DBK (Vendor) A/P (per GL Karron Draw - DBK Loan) | | -13,000.00 |
| 1079 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 5/24/2002 | 3184 | Per Check Register - DBK (Vendor) A/P (Per GL - DBK Loan) | | -2,000.00 |
| 1080 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 6/25/2002 | 3193 | Per Check Register - DBK (Vendor) A/P (Per GL Karron Draw - DBK Loan) | | -1,000.00 |
| 1106 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 8/19/2002 | 10407 | (Per GL - DBK Loan) | | -750.00 |
| 1107 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 9/13/2002 | 10451 | (Per GL Karron Draw - DBK Loan) | | -15,000.00 |
| 1108 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 10/4/2002 | 10473 | (Per GL Karron Draw - DBK Loan) | | -5,000.00 |
| | Loan Repay | | | (7 detail records) | Sum | 37,000.00 |
| 1047 | Check or Online Bnkg Trnsf From Chk # 131-0684916-65 (Dr. Karron) | 10/11/2001 | | Emergency Loan - Ck # 1006 (prior to NIST First Deposit 10/26/2001) | | 2,000.00 |
| 1051 | Check or Online Bnkg Trnsf From Chk # 131-0684916-65 (Dr. Karron) | 12/4/2001 | | Loan to Corp - chk # 5189 | | 5,000.00 |
| 1050 | Check or Online Bnkg Trnsf From Chk # 131-0684916-65 (Dr. Karron) | 2/25/2002 | | Emergency Loan to Corporation - Chk # 1052 | | 1,000.00 |
| 1042 | Check or Online Bnkg Trnsf From Chk # 131-0684916-65 (Dr. Karron) | 8/13/2002 | | loan to company - chk # 1121 | | 20,000.00 |
| 1043 | Check or Online Bnkg Trnsf From Chk # 131-0684916-65 (Dr. Karron) | 8/16/2002 | | loan to company - chk # 1122 | | 1,000.00 |
| 1054 | Check or Online Bnkg Trnsf From Chk # 131-0684916-65 (Dr. Karron) | 9/4/2002 | | (Check # 5301) (Per GL - DBK Loan repay NIST) | | 3,000.00 |
| 1045 | Check or Online Bnkg Trnsf From Chk # 131-0684916-65 (Dr. Karron) | 10/4/2002 | | chk # 1129 (Per GL - DBK Loan repay CASI) | | 5,000.00 |



# Government Exhibit 110

| ID | Description | Date | Check # | Check Memo | | Total |
|----|-------------|------|---------|------------|---|-------|
| | **Payroll** | | | **(8 detail records)** | **Sum** | **-35,293.58** |
| 1057 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 5/13/2002 | 10192 | ( 7/7/2002 - 7/7/2002 Pay Period) | | -5,019.84 |
| 1115 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 6/3/2002 | 10212 | 5/1/2002 - 5/31/2002 pay period | | -5,002.25 |
| 1127 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 7/2/2002 | 10280 | (6/1/2002 - 6/30/2002 pay period) | | -25,023.17 |
| 1130 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 7/2/2002 | | Check Reversal # 10280  (6/1/2002 - 6/30/2002 pay period) | | 25,023.17 |
| 1117 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 7/5/2002 | 10290 | (10/1/2001 - 10/31/2001 Pay Period) | | -5,552.01 |
| 1120 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 7/5/2002 | 10291 | (11/1/2001 - 11/30/2001 Pay Period) | | -4,756.38 |
| 1121 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 7/5/2002 | 10292 | (12/1/2001 - 12/31/2001 Pay Period) | | -9,288.07 |
| 1055 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 8/13/2002 | 10401 | (7/1/2002 - 7/31/2002 Payperiod) | | -5,675.03 |
| | **Rent on Office** | | | **(30 detail records)** | **Sum** | **-60,000.00** |
| 1087 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 10/26/2001 | 2977 | Rent on Office - (per GL -Jan 00 Rent) | | -2,000.00 |
| 1088 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 10/26/2001 | 2978 | Rent on Office - (per GL -Feb 00 Rent) | | -2,000.00 |
| 1089 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 10/26/2001 | 2979 | Rent on Office - (per GL -March 00 Rent) | | -2,000.00 |
| 1090 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 10/26/2001 | 2980 | Rent on Office - (per GL -April 00 Rent) | | -2,000.00 |
| 1091 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 10/26/2001 | 2981 | Rent on Office - (per GL -May 00 Rent) | | -2,000.00 |
| 1092 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 10/26/2001 | 2982 | Rent on Office - (per GL -June 00 Rent) | | -2,000.00 |
| 1093 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 10/26/2001 | 2983 | Rent on Office - (per GL -July 00 Rent) | | -2,000.00 |
| 1094 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 10/26/2001 | 2984 | Rent on Office - (per GL -Aug 00 Rent) | | -2,000.00 |
| 1095 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 10/26/2001 | 2985 | Rent on Office - (per GL -Sept 00 Rent) | | -2,000.00 |
| 1084 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 11/9/2001 | 3040 | Rent on Office- (per GL -Jan 01 Rent) | | -2,000.00 |
| 1096 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 11/23/2001 | 3064 | Rent on Office - (per GL -Feb 01 Rent) | | -2,000.00 |
| 1085 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 12/11/2001 | 3093 | Rent on Office - (per GL -Mar 01 Rent) | | -2,000.00 |
| 1086 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 12/11/2001 | 3094 | Rent on Office - (per GL -Apr 01 Rent) | | -2,000.00 |
| 1060 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 12/14/2001 | 3100 | Per Check Register - DBK Rent - (per GL -Dec 01 Rent) | | -2,000.00 |
| 1062 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 12/28/2001 | 3107 | - (per GL - June 01 Rent) | | -2,000.00 |
| 1063 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 12/28/2001 | 3108 | - (per GL - May 01 Rent) | | -2,000.00 |
| 1064 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 1/9/2002 | 3115 | Per Check Register - DBK Rent (Per GL July 01 Rent) | | -2,000.00 |
| 1065 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 1/9/2002 | 3116 | Per Check Register - DBK Rent (Per GL Aug 01 Rent) | | -2,000.00 |
| 1066 Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | | 1/9/2002 | 3117 | (Per GL Sept 01 Rent) | | -2,000.00 |

# Government Exhibit 110

| ID | Description | Date | Check # | Check Memo | Total |
|---|---|---|---|---|---|
| 1067 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 1/11/2002 | 3122 | Per Check Register - DBK Rent (Per GL Jan 02 Rent) | -2,000.00 |
| 1068 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 2/1/2002 | 3129 | Per Check Register - DBK Rent (Per GL Oct 01 Rent) | -2,000.00 |
| 1069 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 2/1/2002 | 3131 | Per Check Register - DBK Rent (Per GL Nov 01 Rent) | -2,000.00 |
| 1070 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 2/1/2002 | 3132 | Per Check Register - DBK Rent (Per GL Feb 02 Rent) | -2,000.00 |
| 1071 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 3/1/2002 | 3143 | Per Check Register - DBK Rent (Per GL March 02 Rent) | -2,000.00 |
| 1097 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 3/1/2002 | 3142 | (December 00 Rent) | -2,000.00 |
| 1077 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 4/1/2002 | 3164 | Per Check Register - DBK Rent (per GL April 02 Rent) | -2,000.00 |
| 1078 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 5/2/2002 | 3175 | Per Check Register - DBK Rent (per GL May 02 Rent) | -2,000.00 |
| 1099 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 6/4/2002 | 3185 | (Rent) | -2,000.00 |
| 1105 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 7/15/2002 | 10323 | (per GL July 02 Rent) | -2,000.00 |
| 1081 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 10/7/2002 | 3200 | Per Check Register - DBK Rent (per GL Aug 02 Rent) | -2,000.00 |
| | *Network Program* | | | *(10 detail records)* | *Sum*    *-11,058.08* |
| | **Matthew Rothman** | | | *(3 detail records)* | **Sum**    **-2,400.76** |
| 1307 | Matthew Rothman | 9/24/2002 | 10470 | 8/?/2002 - 9/3//2002 pay period | -591.89 |
| 1314 | Matthew Rothman | 9/24/2002 | 10471 | 9/3/2002 - 9/15//2002 pay period | -469.53 |
| 1313 | Matthew Rothman | 10/8/2002 | 10477 | 9/12/2002 - 9/30/2002 pay period | -1,339.34 |
| | **Regner M Peralta** | | | *(1 detail record)* | **Sum**    **-1,096.37** |
| 1337 | Regner M Peralta | 10/10/2002 | 10478 | 9/1/2002 - 9/31/2002 pay period | -1,096.37 |
| | **Robert Wine** | | | *(1 detail record)* | **Sum**    **-2,707.20** |
| 1342 | Robert Wine | 2/5/2002 | 10060 | 1/?/0002 - 1/31/2002 pay period | -2,707.20 |
| | **S Albin Consultant** | | | *(3 detail records)* | **Sum**    **-2,000.00** |
| 1262 | Dr. Scott Albin | 11/19/2001 | 3014 | Consult & Loan | -1,000.00 |
| 1267 | Dr. Scott Albin | 12/4/2001 | 3065 | | -500.00 |
| 1263 | Dr. Scott Albin | 1/29/2002 | 10046 | | -500.00 |
| | **Scott Albin** | | | *(2 detail records)* | **Sum**    **-2,853.75** |
| 1264 | Dr. Scott Albin | 7/9/2002 | 10266 | | -1,702.04 |
| 1265 | Dr. Scott Albin | 9/4/2002 | 10406 | | -1,151.71 |
| | *Systems Program* | | | *(21 detail records)* | *Sum*    *-49,890.33* |
| | **Charles S DaSalla** | | | *(12 detail records)* | **Sum**    **-14,864.19** |

# (.2) **GX114**

000145

## Budget for Year 1
### (10/1/2001 to 9/30/2002)



Materials / Supplies $11,000
Audits $10,000
Travel $20,000
Other Employees' Fringe Benefits $51,000
Dr. Karron Fringe Benefits $59,500
Equipment $110,000
Other Employees' Salaries $150,000
Dr. Karron Salary $175,000
Subcontractor $250,000

## Actual Cost for Year 1
### (10/1/2001 - 10/10/2002)



Dr. Karron Fringe Benefits -Not Allowed, $4,081
Other Employees' Fringe Benefits - Not allowed, $5,751
Capital Improvement, $11,248
Cleaning - D. Ferrand, $5,019
Meals, $1,936
Materials / Supplies Cost Over Budget, $15,384
Utilities, $16,341
Dr. Karron Salary & Net Withdrawals Over Budget, $25,488
Other- (Bookkeeping / Auto Exp / Bank Processing Consultants / Lawyers / Dues Subscriptions
$43
Dr K Rent, $60,000
Equipment Cost Over Budget, $79,819

1-$175,000
2-$141,922
3-$110,000
4-$75,962
5-$13,780
6-$11,000
7-$10,914
8-$8,841
9-$5,000

□1 - Dr. Karron Salary & Net Withdrawals In Budget
□2 - Other Employees' Salaries
□3 - Equipment Cost In Budget
□4 - Subcontractor
□5 - Other Employees' Fringe Benefits - Employer Tax Portion
□6- Materials / Supplies Cost In Budget
□7 - Travel
□8 - Dr. Karron Fringe Benefits - Employer Tax Portion
□9 - Audits

### 10% Adjustment
### TOTAL RED $268,638.




$569,183



GOVERNMENT EXHIBIT
114
07 Cr. 541 (RPP) (ID)

| Amendment # 2 - 1/4/02 | 10/1/2001 - 10/10/2002 | | | |
|---|---|---|---|---|
| | Budget | CASI Spent | Difference | % Difference |
| Subcontractor | $250,000 | $75,962 | (174,038) | -69.62% |
| Dr. Karron Salary | $175,000 | $200,488 | 25,488 | 14.56% |
| Other Employees' Salaries | $150,000 | $141,922 | (8,078) | -5.39% |
| Equipment | $110,000 | $189,819 | 79,819 | 72.56% |
| Dr. Karron Fringe Benefits | $59,500 | $19,183 | (40,337) | -67.79% |
| Other Employees' Fringe Benefits | $51,000 | $20,222 | (30,778) | -60.35% |
| Travel | $20,000 | $10,914 | (9,086) | -45.43% |
| Materials / Supplies | $11,000 | $26,384 | 15,384 | 139.86% |
| Audits | $10,000 | $5,000 | (5,000) | -50.00% |
| Dr K Rent | $0 | $60,000 | 60,000 | - |
| Other- (Bookkeeping / Auto Exp / Bank Processing Consultants / Lawyers / Dues Subscriptions | $0 | $43,592 | 43,592 | - |
| Utilities | $0 | $16,341 | 16,341 | - |
| Dr. Karron Fringe Benefits - Not Allowed | $0 | $4,081 | 4,081 | - |
| Other Employees' Fringe Benefits - Not allowed | $0 | $5,751 | 5,751 | - |
| Capital Improvement | $0 | $11,248 | 11,248 | - |
| Cleaning - D. Ferrand | $0 | $5,019 | 5,019 | - |
| Meals | $0 | $1,936 | 1,936 | - |
| Total Direct Costs | $836,500 | $837,822 | | |

# (.3) **GX 114 in Focus**

GX114 analysis table focus

Amendment # 2 - 1/4/02       10/1/2001 - 10/10/2002

| | Budget | | CASI Spent | Difference |
|---|---|---|---|---|
| Subcontractor | $ | 250,000.00 | $ 75,962.00 | ($174,038.00) |
| Dr. Karron Salary | $ | 175,000.00 | **$ 200,488.00** | $25,488.00 |
| Other Employees' Salaries | $ | 150,000.00 | $ 141,922.00 | ($8,078.00) |
| Equipment | $ | 110,000.00 | $ 189,819.00 | $79,819.00 |
| Dr. Karron Fringe Benefits | $ | 59,500.00 | **$ 19,163.00** | ($40,337.00) |
| Other Employees' Fringe Benefits | $ | 51,000.00 | $ 20,222.00 | ($30,778.00) |
| Travel | $ | 20,000.00 | $ 10,914.00 | ($9,086.00) |
| Materials / Supplies | $ | 11,000.00 | $ 26,364.00 | $15,364.00 |
| Audits | $ | 10,000.00 | $ 5,000.00 | ($5,000.00) |
| Dr K Rent | $ | - | **$ 60,000.00** | $60,000.00 |
| Other- (Bookkeeping / Auto Exp / Bank Processing Consultants / Lawyers / Dues Subscriptions | $ | - | $ 43,592.00 | $43,592.00 |
| utilities | $ | - | $ 16,341.00 | $16,341.00 |
| Dr. Karron Fringe Benefits - not Allowed | $ | - | **$ 4,081.00** | $4,081.00 |
| Other Employees' Fringe Benefits - Not allowed | $ | - | $ 5,751.00 | $5,751.00 |
| Capital Improvement | $ | - | $ 11,248.00 | $11,248.00 |
| cleaning - D. Ferrand | $ | - | $ 5,019.00 | $5,019.00 |
| Meals | $ | - | $ 1,936.00 | $1,936.00 |
| Total Direct Costs | $ | 836,500.00 | $ 837,822.00 | |
| *COLUMN CHECKSUM* | *$* | *836,500.00* | *$ 837,822.00* | |
| Discrepency: overspent | | | $ 1,322.00 | *$1,322.00* |

# 11. NIST Computer Inventory Feb 2003

# Casi Network Inventory Detail

We are in the process of developing an automated network inventory system that combines inventory output from windows and unix systems into one coherent listing. The uneven nature of this report reflects the situation where we have to hand patch output from multiple disparate system into one report at varying levels of detail and format. However, we can look up virtuall every hardware component and all software on all of our computers and peripherals for very tight inventory control on an as needed basis.

# Table of Contents

Casi Network Inventory Detail ........................................................................................................ 1
Table of Contents ............................................................................................................................ 2
CASI 00 Network Backbone Switch Casi00 .................................................................................. 3
Casi01 PC RAID Server ................................................................................................................. 8
casi02 Windows 2000 Aevanced WServer Supermicro P4DC5 PC Workstation............................ 8
casi03 Windows 2000 Advanced Server Supermicro P4DC4. ...................................................... 49
casi08 Advanced Server Supermicro P4DC4. ............................................................................. 132
casi12 Windows 2000 Server.......................................................................................................185
casi13 Windows 2000 ................................................................................................................. 272
casi15 Winows 2000 ................................................................................................................... 347
casi16. Windows 2000 ................................................................................................................ 413
casi_thinkpad (mobile casi loaner) ............................................................................................. 414
SGI Inventory ............................................................................................................................. 483
    casi04 ...................................................................................................................................... 483
    Casi05 ..................................................................................................................................... 484
    casi06 ...................................................................................................................................... 484
    casi07 ...................................................................................................................................... 485
    casi11 ...................................................................................................................................... 486
linux ............................................................................................................................................ 487
Tape Backup Library .................................................................................................................. 487
Printer.......................................................................................................................................... 487
Power Controllers ....................................................................................................................... 487
    Baytech Controller .................................................................................................................. 488
    Servertech Controller .............................................................................................................. 488
    APC Uninterruptable Power System (UPS) ............................................................................ 488
        UPS 1 : PowerChute system: ............................................................................................... 488
        UPS 2: ................................................................................................................................. 488
Scanners.txt................................................................................................................................. 488

## CASI 00 Network Backbone Switch Casi00

This is the workhorse of our network, which provides gigabit wire speeds between all of our computers.

This machine is also known as Casi01, as we have not completed the full network renaming. After we were broken into, we re-configured our network into two networks;

A private network which is inaccessible form the outside world, and a public network, which consists of only machines that require outside connections.

Public machines are our SGI development machines (which are not bad security risks on the greater internet) and the Private network, which consists mainly of PCs (which are big security problems) and the Linux boxes, printers, scanners, power controllers

These networks are configured on the Extreme switch as 'vlans', or virtual lans.
While everything is physically connected back to the extreme switch, groups of connections are segmented into virtually segmented local area networks (LAN's), the 'vlan'appleiation.